UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,                        Case No. 1:18–cv–00124–GJQ–RSK

v.                                   Hon. Gordon J. Quist

NORTON SHORES, CITY OF, et al.,

    Defendants.
_____/

**NOTICE OF RECEIPT OF CASE**

      NOTICE is hereby given that this case has been received, and filed in this court on February 5, 2018.  It has been assigned the case number and judge set forth above.

                                              CLERK OF COURT

Dated:  February 7, 2018        By:   /s/ C. Wenners_____
                                            Deputy Clerk