Case 1:18-cv-00124-GJQ-RSK   ECF No. 4 filed 02/12/18   PageID.45   Page 1 of 1

FILED-GR
February 12, 2018 12:52 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns   SCANNED BY: /mw/ 2/13/18

Name: Daniel William Rudd

Address: 201 S Lake Ave.

Spring Lake, MI 49456

Phone Number: (231) 557-2532       E-mail Address: daniel@stock20.com

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

Daniel William Rudd

PLAINTIFF(S)

v.

Norton Shores, City of, et al.,

DEFENDANT(S)

CASE NUMBER: 1:18-cv-00124-GJQ

***PRO SE* APPLICATION FOR ELECTRONIC FILING AND SERVICE**

As the (Plaintiff/Defendant) **Plaintiff** in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing (e-filing) and electronic service in this case. I hereby affirm that:

1. I have reviewed Western District of Michigan Local Civil Rule 5.7 and the instructions available at the Pro Se E-Filing web page located on the Court's website.
2. I understand that if my application is approved, I hereby consent to receive electronic service of all electronically filed documents, and waive the right to receive documents in paper form. This means I will receive all documents by e-mail in this case and not by U.S. mail.
3. I understand that if my use of the Case Management/Electronic Filing (CM/ECF) system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.
4. I understand that I may not e-file on behalf of any other person in this or any other case.
5. I consent to Federal Rule of Civil Procedure 11 sanctions for any misconduct or misuse of electronic filing.
6. I have obtained a Public Access to Court Electronic Records (PACER) account.
7. I have regular access to the technical requirements necessary to successfully e-file:
   *Check all that apply*:

   ☑ A computer with Internet access.

   ☑ An e-mail account to receive notifications from the Court and notices from the e-filing system, that I am able to access on a daily basis.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only format in which documents can be e-filed.

Date: February 9, 2018       Signature: /s/ Daniel W Rudd