U.S. District Court  .  Western District of Michigan  .  Southern Division
Case No.  1:18-cv-00124-GJQ   Hon. Gordon J. Quist, U.S. District Judge
**DANIEL WILLIAM RUDD v. CITY OF NORTON SHORES**

---

From: Daniel W. Rudd, Plaintiff (Pro Se)　　　To:　The Clerk of the Court
201 S Lake Ave. Spring Lake, MI 49456
(231) 557-2532, daniel@stock20.com

### For Filing: Proof of Service -- Summons & Complaint in the above captioned matter:

To the Clerk,

Please accept the enclosed proof of service forms for filing in case 1:18-cv-00124-GJQ, which indicate that service has been completed upon the following defendants:
\*\*
Bolhouse Baar & Hofstee (AKA: Bolhouse, Hofstee & McLean – as of January 2018).
Michelle Mclean
Melissa Meyers
Joel Baar
Mark Meyers (Norton Shores City Manager)
Gary Nelund  (Norton Shores Mayor)
Jon Gale (Norton Shores Police Chief)
\*\*
I am still working on having the following defendant's served with a summons and complaint: Douglas Hughes, Williams Hughes PLLC, Sgt. Matthew Rhyndress, Officer Michael Wasilewski, Daniel Shaw.

If you require anything further, or anything different, for the filing of these documents, please contact me by phone or e-mail (see above) at any time that is convenient for you.

Thank you,

*[signature]*

Daniel William Rudd, Plaintiff (Pro Se)

Daniel W. Rudd
201 S LAKE AVE
Spring Lake, MI
    49456



U.S. District [Court Clerk]
Western District of Michigan
110 Michigan St. NW
399 Federal Bldg.
GRAND RAPIDS, MI
    49503