# 1

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Case No.1:18-cv-00124-GJQ-RSK

Hon. Gordon J. Quist

Daniel William Rudd

v.

City of Norton Shores, Gary Nelund, Mark Meyers, Matthew Rhyndress, Michael Wasilewski, Jon Gale, Chris McIntire, Daniel Shaw, Melissa Meyers, Michelle McLean, Joel Baar, Bolhouse Baar & Hofstee PC., Williams Hughes PLLC, Douglas Hughes.

TO: Michelle McLean

ADDRESS:
3996 Chicago Dr SW
Grandville, MI 49418

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this sum mons on you (not counting the day  you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Daniel William Rudd
Plaintiff, Pro Se
201 S LAKE AVE
SPRING LAKE, MI 49456

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk

February 12, 2018
Date

## PROOF OF SERVICE

This summons for _____ Michelle McLean _____ was received by me on ___2/12/2018___.
(name of individual and title, if any)                                                      (date)

☑ I personally served the summons on the individual at _____ 3996 Chicago Drive SW, Grandville, MI 49418 _____
on ___2/12/2028___.                                                    (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)

of process on behalf of _____ on _____.
(name of organization)                                   (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: ___2/13/2018___

_____
Server's signature

Rev. William J. Rudd,  D.Min., D.D.
Server's printed name and title

Additional information regarding attempted service, etc.:

5308 Rood Rd. Norton Shores, MI  49441
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Daniel William Rudd

v.

City of Norton Shores, Gary Nelund, Mark Meyers, Matthew Rhyndress, Michael Wasilewski, Jon Gale, Chris McIntire, Daniel Shaw, Melissa Meyers, Michelle McLean, Joel Baar, Bolhouse Baar & Hofstee PC., Williams Hughes PLLC, Douglas Hughes.

Case No.1:18-cv-00124-GJQ-RSK
Hon. Gordon J. Quist



TO: City of Norton Shores
ADDRESS:
4814 Henry Street
Norton Shores, MI 49441

A lawsuit has been filed against you.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Daniel William Rudd
Plaintiff, Pro Se
201 S LAKE AVE
SPRING LAKE, MI 49456

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk

February 12, 2018
Date

## PROOF OF SERVICE

This summons for _____City of Norton Shores_____ was received by me on __2/12/2018__
(name of individual and title, if any) (date)

☐ I personally served the summons on the individual at _____
on _____. (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☑ I served the summons on Anthony Chandler, Director of Administrative Services, City of Norton Shores, who is designated by law to accept service
(name of individual)
of process on behalf of _____City of Norton Shores_____ on __2/12/2018__
(name of organization) (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.
Date: __2/13/2018__

Server's signature

Rev. William J. Rudd, D.Min., D.D.
Server's printed name and title

5308 Rood Rd. Norton Shores, MI 49441
Server's address

Additional information regarding attempted service, etc.:

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Daniel William Rudd

v.

City of Norton Shores, Gary Nelund, Mark Meyers,
Matthew Rhyndress, Michael Wasilewski, Jon Gale,
Chris McIntire, Daniel Shaw, Melissa Meyers, Michelle
McLean, Joel Baar, Bolhouse Baar & Hofstee PC.,
Williams Hughes PLLC, Douglas Hughes.

Case No.1:18-cv-00124-GJQ-RSK
Hon. Gordon J. Quist 

TO: Mark Meyers, Norton Shores City Manager
ADDRESS:
    4814 Henry Street
    Norton Shores, MI
    49441

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
__21__ days after service of this summons on you (not
counting the day  you received it). If y ou fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint.  You must also file your answer
or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
    Daniel William Rudd
    Plaintiff, Pro Se
    201 S LAKE AVE
    SPRING LAKE, MI 49456

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk

February 12, 2018
Date

## PROOF OF SERVICE

This summons for _____Mark Meyers, Norton Shores City Manager_____ was received by me on ___2/12/2018___.
(name of individual and title, if any)                                                      (date)

☑ I personally served the summons on the individual at _____4814 Henry Street, Norton Shores, MI 49441_____
on ___2/12/2018___.                                                     (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____ , a person
(name)
of suitable age and discretion who resides there, on _____ , and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____ , who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____ .
(name of organization)                                          (date)

☐ I returned the summons unexecuted because _____ .

☐ Other (specify) _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.
Date:___2/13/2018___

_____
Server's Signature
Rev. William J. Rudd,  D.Min., D.D.
Server's printed name and title

Additional information regarding attempted service, etc.:

5308 Rood Rd. Norton Shores, MI  49441
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Daniel William Rudd

v.

City of Norton Shores, Gary Nelund, Mark Meyers, Matthew Rhyndress, Michael Wasilewski, Jon Gale, Chris McIntire, Daniel Shaw, Melissa Meyers, Michelle McLean, Joel Baar, Bolhouse Baar & Hofstee PC., Williams Hughes PLLC, Douglas Hughes.

Case No.1:18-cv-00124-GJQ-RSK
Hon. Gordon J. Quist 

TO: Melissa Meyers
ADDRESS:
3996 Chicago Dr SW
Grandville, MI 49418

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Daniel William Rudd
Plaintiff, Pro Se
201 S LAKE AVE
SPRING LAKE, MI 49456

CLERK OF COURT



By: Deputy Clerk

February 12, 2018
Date

## PROOF OF SERVICE

This summons for _____ Melissa Meyers _____ was received by me on __2/12/2018__
(name of individual and title, if any)                                    (date)

☑ I personally served the summons on the individual at __3996 Chicago Drive SW, Grandville, MI 49418__
on __2/12/2018__ .                                                       (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)

of process on behalf of _____ on _____
(name of organization)                                          (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.

Date: __2/13/2018__

Server's signature

Rev. William J. Rudd, D.Min., D.D.
Server's printed name and title

5308 Rood Rd. Norton Shores, MI 49441
Server's address

Additional information regarding attempted service, etc.:
I recognized Melissa Meyers in the lobby, after serving Michelle McLean. I advised her that I was serving her with a summons and complaint. She refused to take it and left. She returned to the lobby and refused to take the documents a second time. After observing this occur a third time, Melissa Meyer's partner, Michelle McLean, who had already been served, insisted on taking the documents for Melissa Meyers. I left the documents within Melissa Meyer's control via her partner Michelle McLean. This occurred in Melissa Meyer's presence.

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Daniel William Rudd

v.

City of Norton Shores, Gary Nelund, Mark Meyers, Matthew Rhyndress, Michael Wasilewski, Jon Gale, Chris McIntire, Daniel Shaw, Melissa Meyers, Michelle McLean, Joel Baar, Bolhouse Baar & Hofstee PC., Williams Hughes PLLC, Douglas Hughes.

Case No.1:18-cv-00124-GJQ-RSK
Hon. Gordon J. Quist



TO: Joel Baar
ADDRESS:
    3140 Division Ave SW, Ste A
    Grandville, MI
    49418

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Daniel William Rudd
Plaintiff, Pro Se
201 S LAKE AVE
SPRING LAKE, MI 49456

CLERK OF COURT



By: Deputy Clerk

February 12, 2018
Date

---

## PROOF OF SERVICE

This summons for _____ Joel Baar _____ was received by me on ___2/12/2018___
         (name of individual and title, if any)                  (date)

☑ I personally served the summons on the individual at ___3140 Division Ave SW, Ste A, Grandville, MI 49418___
on ___2/12/2018___ .             (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                         (name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
               (date)

☐ I served the summons on _____, who is designated by law to accept service
          (name of individual)

of process on behalf of _____ on _____ .
         (name of organization)            (date)

☐ I returned the summons unexecuted because _____ .

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.
Date: ___2/13/2018___

_____
Server's signature

Rev. William J. Rudd,  D.Min., D.D.
Server's printed name and title

Additional information regarding attempted service, etc.:

5308 Rood Rd. Norton Shores, MI  49441
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Daniel William Rudd

v.

City of Norton Shores, Gary Nelund, Mark Meyers,
Matthew Rhyndress, Michael Wasilewski, Jon Gale,
Chris McIntire, Daniel Shaw, Melissa Meyers, Michelle
McLean, Joel Baar, Bolhouse Baar & Hofstee PC.,
Williams Hughes PLLC, Douglas Hughes.

Case No.1:18-cv-00124-GJQ-RSK
Hon. Gordon J. Quist



TO: Bolhouse Baar & Hofstee P.C.
ADDRESS:
3996 Chicago Dr SW
Grandville, MI 49418

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
___21___ days after service of this summons on you (not
counting the day you received it). If you fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Daniel William Rudd
Plaintiff, Pro Se
201 S LAKE AVE
SPRING LAKE, MI 49456

CLERK OF COURT

By: Deputy Clerk                    February 12, 2018
                                         Date

---

## PROOF OF SERVICE

This summons for _____ Bolhouse Baar & Hofstee P.C. _____ was received by me on ___2/12/2018___
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____ .                                          (place where served)
         (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                          (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                           (date)

☑ I served the summons on ___Attorney Michelle McLean, partner, director___, who is designated by law to accept service
                                              (name of individual)
of process on behalf of ___Bolhouse Barr & Hofstee P.C.___ on ___2/12/2018___ .
                              (name of organization)                              (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.

Date: ___2/13/2018___

Server's signature

Rev. William J. Rudd, D.Min., D.D.
Server's printed name and title

5308 Rood Rd. Norton Shores, MI 49441
Server's address

Bolhouse Barr & Hofstee P.C. has recently changed their name to Bolhouse, Hofstee, McLean, I.D. #005148

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Daniel William Rudd

v.

City of Norton Shores, Gary Nelund, Mark Meyers, Matthew Rhyndress, Michael Wasilewski, Jon Gale, Chris McIntire, Daniel Shaw, Melissa Meyers, Michelle McLean, Joel Baar, Bolhouse Baar & Hofstee PC., Williams Hughes PLLC, Douglas Hughes.

Case No. 1:18-cv-00124-GJQ-RSK
Hon. Gordon J. Quist



TO: Gary Nelund, Norton Shores City Mayor
ADDRESS:
4814 Henry Street
Norton Shores, MI
49441

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Daniel William Rudd
Plaintiff, Pro Se
201 S LAKE AVE
SPRING LAKE, MI 49456

CLERK OF COURT

By: Deputy Clerk

February 12, 2018
Date

---

## PROOF OF SERVICE

This summons for _____Gary Nelund, Norton Shores City Mayor_____ was received by me on __2/12/2018__
(name of individual and title, if any)                                                                    (date)

☑ I personally served the summons on the individual at _____3220 Glade Street, Muskegon, MI 49444_____
on __2/13/2018__ .                                                                    (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)

of process on behalf of _____ on _____
(name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.
Date: __2/13/2018__

Rev. William J. Rudd, D.Min., D.D.
Server's printed name and title

5308 Rood Road, Norton Shores, MI 49441
Server's address

Additional information regarding attempted service, etc.: