FILED - GR
February 23, 2018 11:04 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: /s/

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Daniel William Rudd

v.

City of Norton Shores, Gary Nelund, Mark Meyers, Matthew Rhyndress, Michael Wasilewski, Jon Gale, Chris McIntire, Daniel Shaw, Melissa Meyers, Michelle McLean, Joel Baar, Bolhouse Baar & Hofstee PC., Williams Hughes PLLC, Douglas Hughes.

Case No. 1:18-cv-00124-GJQ-RSK
Hon. Gordon J. Quist

TO: Matthew Rhyndress, Norton Shores Police Sgt.
ADDRESS:
4814 Henry Street
Norton Shores, MI
49441

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Daniel William Rudd
Plaintiff, Pro Se
201 S LAKE AVE
SPRING LAKE, MI 49456

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk                    February 12, 2018

## PROOF OF SERVICE

This summons for __Matthew Rhyndress, Norton Shores Police Sgt.__ (name of individual and title, if any) was received by me on __2/15/18__ (date).

☒ I personally served the summons on the individual at __Norton Shores City Hall__ (place where served) on __Feb 19, 2018__ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __Feb 20, 2018__

Server's signature

Anthony Chandler
Server's printed name and title

4814 Henry St. Norton Shores, MI 49441
Server's address

...

Daniel William Rudd
201 S LAKE AVE
SPRING LAKE, MI 49456

GRAND RAPIDS MI 494

United States District Court Clerk
Western District of Michigan, Southern Division
399 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

49503-231799