FILED - GR
February 23, 2018 11:04 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns   SCANNED BY: /s/ 2/26/18

U.S. District Court  .  Western District of Michigan  .  Southern
Case No.  1:18-cv-00124-GJQ   Hon. Gordon J. Quist, U.S. District Judge
**DANIEL WILLIAM RUDD v. CITY OF NORTON SHORES**

---

From: Daniel W. Rudd, Plaintiff (Pro Se)
201 S Lake Ave. Spring Lake, MI 49456
(231) 557-2532, daniel@stock20.com

To:  The Clerk of the Court

**2/21/2018**

**For Filing: Proof of Service -- Summons & Complaint in the above captioned matter:**

To the Clerk,

Please accept the enclosed proof of service forms for filing in case 1:18-cv-00124-GJQ

These forms indicate service of my summons and complaint upon defendants:
\*\*
Sgt. Matthew Rhyndress
Officer Michael Wasilewski
\*\*
*I am still working on having the following defendant's served with a summons and complaint: Douglas Hughes, Williams Hughes PLLC, Daniel Shaw.*

If you require anything further, or anything different, for the filing of these documents, please contact me by phone or e-mail (see above) at any time that is convenient for you.

Thank you,

*/s/ Daniel W. Rudd*

Daniel William Rudd, Plaintiff (Pro Se)

1 of 1

Daniel William Rudd
201 S LAKE AVE
SPRING LAKE, MI 49456

GRAND RAPIDS MI 494

21 FEB 2018

**United States District Court Clerk**
Western District of Michigan, Southern Division
399 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

49503-231799