UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL W. RUDD,

    Plaintiff,                                          Case No. 1:18-cv-124

v.                                               HON. GORDON J. QUIST/KENT

CITY OF NORTON SHORES,
MAYOR GARY NELUND,
Individually and in his official capacity;
POLICE CHIEF DANIEL SHAW,
Individually and in his official capacity;
SERGEANT MATTHEW RHYNDRESS,
Individually and in his official capacity;
OFFICER MICHAEL WASSILEWSKI,
Individually and in his official capacity;
MARK MEYERS, individually and as city manager;
F/LT. CHRIS MCINTIRE, Michigan State Police
Only in his individual capacity;
ATTORNEY DOUGLAS HUGHES,
Individually and acting on behalf of his law firm;
WILLIAM HUGHES, PLLC a Michigan
law firm, ATTORNEY MELISSA MEYERS,
individually and acting on behalf of her law firm;
ATTORNEY JOEL BAAR, individually and
acting on behalf of his law firm; BOLHOUSE,
BAAR & HOFSTEE PC; a Michigan
law firm,

    Defendants.
_____

| | |
|---|---|
| Daniel W. Rudd (Pro Se) | Michael S. Bogren (P34835) |
| 201 S. Lake Ave | Attorney for Defendants |
| Spring Lake, Michigan 49456 | CITY OF NORTON SHORES, MAYOR |
| (231-557-2532) | NELUND, POLICE CHIEF SHAW, SGT. |
| daniel@stock20.com | RHYNDRESS, OFC. WASSILEWSKI, MARK |
| | MEYERS, DOUGLAS HUGHES and WILLIAM |
| | HUGHES, PLLC |
| | PLUNKETT COONEY |
| | 950 Trade Centre Way, Suite 310 |
| | Kalamazoo, Michigan 49002 |
| | (269-226-8822) |
| | mbogren@plunkettcooney.com |

# PROOF OF SERVICE

      Michael S. Bogren, Attorney in the Law Firm of PLUNKETT COONEY says that on the 5th day of March, 2018, I electronically filed ***Defendants' Answer to Complaint, Affirmative Defenses, and Jury Demand as to Defendants The City of Norton Shores, Mayor Gary Nelund, Police Chief Daniel Shaw, Sergeant Matthew Rhyndress, Officer Michael Wassilewski, Mark Meyers, Attorney Douglas Hughes, and William Hughes, PLLC,*** and ***Proof of Service*** with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed the foregoing documents by U.S. Postal Service to Daniel W. Rudd (In Pro Per) addressed to his last known address as follows:

Daniel W. Rudd
201 S. Lake Ave.
Spring Lake, Michigan 49456

                                                                /s/ Michael S. Bogren_____
                                                                Michael S. Bogren

Open.00560.80616.19991599-1