UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Daniel William Rudd

      Plaintiff(s),

v.

The City of Norton Shores, et al.

      Defendant(s).
_____/

Case No. 1:18-cv-124

HON. GORDON J. QUIST

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, __Bolhouse, Hofstee & McLean PC__ (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 3-5-18

_Rick Bolhouse_ (Signature)
Richard L. Bolhouse (P29357)
Bolhouse, Hofstee & McLean, PC
3996 Chicago Drive SW
Grandville, MI 49418
(616) 531-7711