UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL WILLIAM RUDD, | HON. GORDON J. QUIST |
| | U.S. District Judge |
| Plaintiff, | |
| v | Case No. 1:18-cv-124 |
| | |
| THE CITY OF NORTON SHORES; | |
| MAYOR GARY NELUND, individually and in his official capacity; | |
| POLICE CHIEF DANIEL SHAW, individually and in his official capacity; | |
| SERGEANT MATTHEW RHYNDRESS, individually and in his official capacity; | **PROOF OF SERVICE** |
| OFFICER MICHAEL WASSILEWSKI, individually and in his official capacity; | |
| MARK MEYERS, Individually and as city manager, | |
| ---- | |
| F/LT. CHRIS MCINTIRE, Michigan State Police only in his individual capacity; | |
| ---- | |
| ATTORNEY DOUGLAS HUGHES, individually and acting on behalf of his law firm; | |
| WILLIAM HUGHES,PLLC, a Michigan law firm. | |
| ---- | |
| ATTORNEY MELISSA MEYERS, individually and acting on behalf of her law firm; | |
| ATTORNEY MICHELLE MCLEAN, individually and acting on behalf of her law firm; | |
| ATTORNEY JOEL BAAR, individually and acting on behalf of his law firm; | |
| BOLHOUSE, BAAR & HOFSTEE PC; a Michigan Law firm. | |
| Defendants. | |

_____

| | |
|---|---|
| Daniel W. Rudd | Richard L. Bolhouse (P29357) |
| Plaintiff, In Pro Per | Bolhouse, Hofstee, & McLean PC |
| 201 S. Lake Ave | Attorneys for Defendants Meyers, |
| Spring Lake, MI 49456 | McLean, Baar, and Bolhouse, |
| 231-446-2532 | Hofstee & McLean PC |
| daniel@stock20.com | 39996 Chicago Dr. SW |
| | Grandville, MI  49418 |
| | 616-531-7711 |
| | rickb@bolhouselaw.com |

_____

**PROOF OF SERVICE**

Michelle M. McLean (P71393), attorney of the Law Firm, Bolhouse, Hofstee, & McLean PC, says that on the 5th day of March, 2018 I electronically filed Defendants' Answer to Complaint; Defendants' Affirmative, Special and Other Defenses as to Defendants Melissa Meyers, Joel Baar, Michelle McLean, and the law firm of Bolhouse, Hofstee, & McLean PC and Proof of Service with the Clerk of the Court, using the ECF system, which will provide electronic copies to counsel or record, and I certify that my secretary has mailed the foregoing documents by U.S. Postal Service to Daniel W. Rudd, (In Pro Per) addressed to his last known address as follows:

>Daniel W. Rudd
>201 S. Lake Ave.
>Spring Lake, MI 49456

Respectfully Submitted,

/s/ Michelle M. McLean
Michelle M. McLean