UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

        Plaintiff,                              Case No. 1:18–cv–00124–GJQ–RSK

    v.

NORTON SHORES, CITY OF, et al.,

        Defendants.

_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Michelle McLean

RE:  Answer to Complaint – #11
Corporate Disclosure Statement – #12

REASON FOR NOTICE:   The signature represented on the document does not match the login name under which it was electronically filed.

RECOMMENDED ACTION:   None. However, if attorney Richard L. Bolhouse would like to be added to the case, Richard L. Bolhouse should enter an appearance, under his own login.

INFORMATION FOR FUTURE REFERENCE:   Local Civil Rule 5.7(e) requires the identity of the registered attorney submitting the electronically filed document be reflected at the end of the document by means of an "s/[attorney's name]" block showing the attorney's name, followed by the attorney's business address, telephone number, and e–mail address.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                     CLERK OF COURT

Dated:  March 6, 2018       By:   /s/ C. Wenners_____
                                   Deputy Clerk