UNITED STATES DISCTICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

v

CITY OF NORTH SHORES, GARY NELUND, DANIEL SHAW, MATTHEW RHYNDRESS, MICHAEL WASSILEWSKI, MARK MEYERS, CHRIS McINTIRE, DOUGLAS, HUGHES, WILLIAM HUGHES, PLLC, MELISSA MEYERS, MICHELLE McLEAN, JOEL BAAR, BOLHOUSE, BAAR & HOFSTEE PC,

    Defendants.

No. 1:18-cv-124

HON. GORDON J. QUIST

MAG. RAY KENT

---

| | |
|---|---|
| Daniel William Rudd<br>*Pro Se Plaintiff*<br>201 S. Lake Ave.<br>Spring Lake, MI 49456<br>231.557.2532<br>daniel@stock20.com | Michael S. Bogren (P34835)<br>Plunkett Cooney<br>Attorney for Defendants City of Norton Shores, Gary Nelund, Daniel Shaw, Matthew Rhyndress, Michael Wassilewski, Mark Meyers, Douglas Hughes and William Hughes, PLLC<br>950 Trade Centre Way, Ste. 310<br>Kalamazoo, MI 49002<br>269.226.8822<br>mbogren@plunkettcooney.com |
| Michelle M. McLean (P71393)<br>Bolhouse Baar & Lefere PC<br>Attorney for Defendants Melissa Meyers, Michelle McLean, Joel Baar and Bolhouse, Baar & Hofstee PC<br>Grandville State Bank Bldg.<br>3996 Chicago Dr. SW<br>Grandville, MI 49418<br>616.531.7711<br>michellem@bolhouselaw.com | Rock Wood (P41181)<br>Michigan Dept. of Attorney General<br>Attorney for Defendant Chris McIntire<br>P.O. Box 30736<br>Lansing, MI 48909<br>517.373.6434<br>woodr5@michigan.gov |

/

## STIPULATED ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

This matter is before the court upon the Stipulated Order to extend the time by which Defendant Chris McIntire needs to answer or otherwise respond to Plaintiff's complaint, and the court being otherwise fully advised:

IT IS ORDERED that Defendant Chris McIntire must answer or otherwise respond to Plaintiff's complaint by April 13, 2018.

Dated: March ___, 2018                         _____
                                                HON. GORDON J. QUIST

Stipulated and Approved for Entry:

*s/Daniel W. Rudd (w/consent)*           *s/Rock Wood*
Daniel W. Rudd                            Rock Wood (P41181)
*Pro Se Plaintiff*                        Attorney for Defendant McIntire

March 21, 2018

RE: Rudd v. Norton Shores, City of (1:18-cv-00124)

To: Attorney Rock Wood (P41181)
Michigan Dept. of Attorney General
Attorney for Defendant Chris McIntire

Attorney Wood,

I have reviewed your proposed order in the case described above.  I understand that the proposed extends the time for Defendant McIntire to respond to the complaint, stating:

> "This matter is before the court upon the Stipulated Order to extend the time by which Defendant Chris McIntire needs to respond to Plaintiff's complaint, and the court being otherwise fully advised:
>
> IT IS ORDERED that Defendant Chris McIntire must respond to Plaintiff's complaint by April 13, 2018."

I agree to this extension and give Attorney Rock Wood (P41181) permission to electronically sign and file the stipulated order on my behalf.

Sincerely,

Daniel William Rudd
*Pro Se Plaintiff*
201 S. Lake Ave.
Spring Lake, MI 49456
231.557.2532
daniel@stock20.com