FILED - GR
April 4, 2018 9:59 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns   SCANNED BY /___ 4/4/18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

v.

CITY OF NORTON SHORES,
GARY NELUND, MARK MEYERS,
DANIEL SHAW, MATTHEW RHYNDRESS,
MICHAEL WASILEWSKI,
CHRIS MCINTIRE, MELISSA MEYERS,
MICHELLE MCLEAN, JOEL BAAR
BOLHOUSE, BAAR, & HOFSTEE PC.,
WILLIAMS HUGHES PLLC,
DOUGLAS HUGHES.

    Defendants.

No. 1:18-cv-124-GJQ-RSK

HONORABLE GORDON J. QUIST
U.S. DISTRICT COURT JUDGE
MAGISTRATE RAY KENT

---

| | |
|---|---|
| Daniel William Rudd<br>*Pro Se Plaintiff*<br>201 S. Lake Ave.<br>Spring Lake, MI 49456<br>231.557.2532<br>daniel@stock20.com | Rock Wood (P41181)<br>Michigan Dept. of Attorney General<br>Attorney for Defendant Chris McIntire<br>P.O. Box 30736<br>Lansing, MI 48909<br>517.373.6434<br>woodr5@michigan.gov |
| Michael S. Bogren (P34835)<br>Plunkett Cooney, Attorney for Defendants:<br>City of Norton Shores, Gary Nelund, Daniel<br>Shaw, Matthew Rhyndress, Michael<br>Wasilewski, Mark Meyers, Douglas Hughes<br>and William Hughes, PLLC<br>950 Trade Centre Way, Ste. 310<br>Kalamazoo, MI 49002<br>269.226.8822<br>mbogren@plunkettcooney.com | Michelle M. McLean (P71393)<br>Bolhouse Baar & Lefere PC<br>Attorney for Defendants Melissa Meyers,<br>Michelle McLean, Joel Baar and Bolhouse,<br>Baar & Hofstee PC<br>Grandville State Bank Bldg.<br>3996 Chicago Dr. SW<br>Grandville, MI 49418<br>616.531.7711  michellem@bolhouselaw.com |

## NOTICE OF CONCURRENCE REGARDING LEAVE FOR PLAINTIFF TO REGISTER FOR PRO SE E-FILING PRIVILEGES (ECF Nos 3,4.)

As contemplated by the recently amended Local Civil Rule 5.7(d)(i) and (ii), Plaintiff has requested permission to register as a pro se litigant with privileges to file and receive service of documents electronically. Plaintiff sought leave by written motion prior to the appearance of counsel for defendants (ECF Nos 3, 4.).

All defendants are now represented by the attorneys listed in the caption above. As indicated by their e-mail messages (attached as Exhibit A), Attorney Bogren, Attorney McLean, & Attorney Wood do not object to plaintiff's participation in electronic filing and service for this case. However, there is some uncertainty as to the form of an order granting these privileges. Rather than circulate a proposed order on the matter, Plaintiff now advises this court that concurrence has been reached.

Respectfully Submitted on 4/2/18:

Daniel William Rudd, Plaintiff (Pro Se)
201 S LAKE AVE, SPRING LAKE, MI 49456
(231) 557-2532, daniel@stock20.com

---

PROOF OF SERVICE:

The undersigned certifies that on 4/2/18, this same document, along with the attachments, was delivered to all three attorneys listed above, by prepaid U.S. Mail and by e-mail at the addresses listed in the caption.

Daniel William Rudd
201 S LAKE AVE
SPRING LAKE, MI 49456



United States District Court Clerk
Western District of Michigan, Southern Division
399 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

49503$2317 C020