UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DANIEL WILLIAM RUDD,

      Plaintiff,                                      Case No.  1:18-CV-124

v.                                                    HON. GORDON J. QUIST

CITY OF NORTON SHORES, et al.,

      Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR LEAVE TO FILE & RECEIVE SERVICE ELECTRONICALLY

Pro se Plaintiff, Daniel Rudd, has filed a Motion for Leave to File and Receive Service Electronically, pursuant to Western District of Michigan Local Rule 5.7.  In support of his motion, Plaintiff has completed and filed a Pro Se Application for Electronic Filing and Service (ECF No. 4), on the form specified by the Clerk of this Court.  Based on its review of the form, it appears that Plaintiff meets all of the technical requirements necessary to successfully e-file.

In his motion, Plaintiff states that he has reviewed this district's instructions for e-filing posted on the website and has viewed the instructional video and written step-by-step tutorial for electronic filing. (ECF No. 3 at PageID.41.) Plaintiff further states that he has maintained a PACER account in good standing since June of 2014 and has located and retrieved hundreds of documents from PACER for research purposes, and Plaintiff has filed documents electronically with the Michigan Court of Appeals through its "Truefiling" system. (*Id.* at PageID.42.)

Finally, Plaintiff argues in his brief that allowing him to e-file will save the parties labor and costs, eliminate ambiguity and delays, and result in more just and expedient administration of the case.

Having considered Plaintiff's Application, as well as his experience with e-filing, the Court concludes that granting Plaintiff's request will further the "just, speedy, and inexpensive determination of [this] action." Fed. R. Civ. P. 1.

Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File and Receive Service Electronically (ECF No. 3) is **GRANTED**.


Dated:  April 9, 2018                                             /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                                    UNITED STATES DISTRICT JUDGE