# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

 Plaintiff,

v

THE CITY OF NORTON SHORES, MAYOR
GARY NELUND, individually and in his
official capacity,
POLICE CHIEF DANIEL SHAW, individually
and in his official capacity,
SERGEANT MATTHEW RHYNDRESS,
individually and in his official capacity,
OFFICER MICHAEL WASSILEWSKI,
individually and in his official capacity,
MARK MEYERS, individually and as city
manager,

―――

F/LT. CHRIS MCINTIRE, Michigan State
Police only in his individual capacity;

―――

ATTORNEY DOUGLAS HUGHES,
individually and acting on behalf of his law
firm,
WILLIAM HUGHES, PLLC, a Michigan law
firm,

―――

ATTORNEY MELISSA MEYERS, individually
and acting on behalf of her law firm,
ATTORNEY MICHELLE MCLEAN,
individually and acting on behalf of her law
firm,
ATTORNEY JOEL BAAR, individually and
acting on behalf of his law firm,
BOLHOUSE, BAAR & HOFSTEE PC, a
Michigan law firm.

No. 1:18-cv-124

HON. GORDON J. QUIST

Defendants.

---

Daniel W. Rudd
Plaintiff, In Pro Per
201 S. Lake Ave.
Spring Lake, MI  49456
(231) 446-2532
daniel@stock20.com

Richard L. Bolhouse 9P29357)
Bolhouse, Hofstee & McLean PC
Attorneys for Defendants Meyers, McLean, Baar, and Bolhouse,
Hofstee & McClean PC
39996 Chicago Dr., SW
Grandville, MI  49418
616-531-7711
rickb@bolhouselaw.com

Sarah R. Robbins (P81944)
Rock Wood (P411181)
Attorneys for Defendant McIntire
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI  48909
(517) 373-1162
RobbinsS@michigan.gov

---

## AFFIDAVIT OF FIRST LIEUTENANT CHRISTOPHER MCINTIRE

I, Christopher McIntire, being first duly sworn, depose and say as follows:

1. I am employed by the Michigan State Police.  Since 2008, I have worked as the Rockford Post Commander of the Sixth District for the Michigan State Police.

2. This Affidavit is based upon my personal knowledge.

3. If sworn as a witness, I can testify competently as to the facts stated herein.

2

4. In my capacity as the Rockford Post Commander, I had minor contact with the Plaintiff, Daniel Rudd, in 2015.

5. In late summer 2015, I had a telephone conversation with the Plaintiff about his concerns regarding the conduct of the Norton Shores Police Department, some of its officers, and some of the Norton Shores city officials. The Plaintiff believed that Law Enforcement Information Network (LEIN) information about himself had been inappropriately released.

6. Based on Plaintiff's phone call, I spoke to the Norton Shores City Manager, Mike Meyers, who informed me that he never received any LEIN information on the Plaintiff. I then spoke to Assistant Prosecuting Attorney Matt Roberts about whether a violation of law had occurred. APA Roberts told me if the City Manager had not received any LEIN information there was no need to further proceed with an investigation as there was no violation of law. Additionally, there was no need for me to complete a report as the prosecutor's office did not require a report. I informed the Plaintiff of these conversations and that I did not create a report via email on Monday, September 21, 2015 at 1:14 p.m.

7. Based on my training and professional law enforcement experience of thirty-two years, I did not believe the facts concerning Plaintiff's complaint to the Norton Shores Police Department that were known to me in or around September 2015 warranted a full investigation or further investigation.

8. The next communication I had with the Plaintiff occurred on November 17, 2015, when Plaintiff emailed me to see if I had been present at the Muskegon County Courthouse on Monday, November 9, 2015. I replied to Plaintiff's emailed inquiry and informed Plaintiff that I had been present, subject to a subpoena from Ms. Meyers' attorneys. I did not testify during my appearance.

9. I had not had any contact or communication with the Plaintiff since November 2015, until Plaintiff again emailed me in February 2018 to confirm I received his summons and Complaint.

10. I have not had any involvement in any matters regarding the Plaintiff since 2015.

3

Further, Affiant sayeth not.

_____
CHRISTOPHER MCINTIRE
FIRST LIEUTENANT
ROCKFORD POST COMMANDER
Michigan State Police

Date: April 10, 2018

Subscribed and sworn to before me,
a Notary Public, this 10th day
of April, 2018

_____
Notary Public, State of Michigan

STACEY L ROGERS
Notary Public, State of Michigan
County of Kent
My Commission Expires 10-30-2021
Acting in the County of Kent

4