UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL WILLIAM RUDD,<br><br>        Plaintiff,<br>v<br><br>THE CITY OF NORTON SHORES;<br>MAYOR GARY NELUND, individually<br>and in his official capacity;<br>POLICE CHIEF DANIEL SHAW,<br>individually and in his official capacity;<br>SERGEANT MATTHEW RHYNDRESS,<br>individually and in his official capacity;<br>OFFICER MICHAEL WASSILEWSKI,<br>individually and in his official capacity;<br>MARK MEYERS, Individually and as city<br>manager,<br>----<br>F/LT. CHRIS MCINTIRE, Michigan State Police<br>only in his individual capacity;<br>----<br>ATTORNEY DOUGLAS HUGHES,<br>individually and acting on behalf of his law firm;<br>WILLIAM HUGHES,PLLC, a Michigan law firm.<br>----<br>ATTORNEY MELISSA MEYERS, individually and<br>acting on behalf of her law firm;<br>ATTORNEY MICHELLE MCLEAN, individually and<br>acting on behalf of her law firm;<br>ATTORNEY JOEL BAAR, individually and<br>acting on behalf of his law firm;<br>BOLHOUSE, BAAR & HOFSTEE PC; a Michigan<br>Law firm.<br>        Defendants. | HON. GORDON J. QUIST<br>U.S. District Judge<br><br>Case No. 1:18-cv-124<br><br><br><br>**MOTION AND ORDER ALLOWING**<br>**BOLHOUSE, HOFSTEE, & MCLEAN**<br>**PC TO WITHDRAW AS ATTORNEY**<br>**OF RECORD FOR DEFENDANT**<br>**MELISSA MEYERS** |

_____

| | |
|---|---|
| Daniel W. Rudd<br>Plaintiff, In Pro Per<br>201 S. Lake Ave<br>Spring Lake, MI 49456<br>231-446-2532<br>daniel@stock20.com | Richard L. Bolhouse (P29357)<br>Bolhouse, Hofstee, & McLean PC<br>Attorneys for Defendants<br>McLean, Baar, and Bolhouse,<br>Hofstee & McLean PC<br>39996 Chicago Dr. SW<br>Grandville, MI  49418<br>616-531-7711<br>rickb@bolhouselaw.com |

**MOTION AND ORDER ALLOWING BOLHOUSE, HOFSTEE, & MCLEAN PC TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT MELISSA MEYERS**

      NOW COMES Bolhouse, Hofstee, & McLean PC ("Bolhouse") and does hereby motion this Honorable Court to withdraw as attorney of record for Defendant Melissa Meyers ("Meyers") and states in support:

      1.    That Bolhouse is not able to continue to represent Meyers due to a breakdown of the attorney-client relationship and therefore Bolhouse must withdraw from continued representation of Meyers.

      2.    That Bolhouse has provided notice of this Motion on Meyers via email and via U.S.P.S first class mail pursuant to the Proof of Service filed in this matter.

      3.    That all other parties to this matter have been provided notice via the electronic filing system.

      4.    That a copy of the proposed order is attached as **Exhibit A.**

Respectfully submitted,

Dated: <u>April 16, 2018</u>      Bolhouse, Baar & Hofstee, P.C.

By: <u>/s/ Michelle M. McLean</u>
     Michelle M. McLean (P71393)
     Richard L. Bolhouse (P29357)

Bolhouse, Hofstee, & McLean PC
Grandville State Bank Building
3996 Chicago Drive SW
Grandville MI 49418
Phone: (616) 531-7711

Attorneys for Defendants, Michelle McLean, Joel Baar, and Bolhouse, Hofstee, & McLean PC