UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

      Plaintiff,

v.

CITY OF NORTON SHORES,
GARY NELUND, MARK MEYERS,
DANIEL SHAW, MATTHEW RHYNDRESS,
MICHAEL WASILEWSKI, JON GALE,
CHRIS MCINTIRE, MELISSA MEYERS,
MICHELLE MCLEAN, JOEL BAAR
BOLHOUSE, BAAR, & HOFSTEE PC.,
WILLIAMS HUGHES PLLC, DOUGLAS
HUGHES.

      Defendants.

No. 1:18-cv-124-GJQ-RSK

HONORABLE GORDON J. QUIST
U.S. DISTRICT COURT JUDGE
MAGISTRATE RAY KENT

---

Daniel William Rudd
*Pro Se Plaintiff*
201 S. Lake Ave.
Spring Lake, MI 49456
231.557.2532
daniel@stock20.com

Michael S. Bogren (P34835)
Plunkett Cooney, Attorney for Defendants:
City of Norton Shores, Gary Nelund, Daniel
Shaw, Matthew Rhyndress, Michael
Wassilewski, Mark Meyers, Douglas Hughes
and William Hughes, PLLC
950 Trade Centre Way, Ste. 310
Kalamazoo, MI 49002
269.226.8822
mbogren@plunkettcooney.com

Rock Wood (P41181)
Michigan Dept. of Attorney General
Attorney for Defendant Chris McIntire
P.O. Box 30736
Lansing, MI 48909
517.373.6434
woodr5@michigan.gov

Michelle M. McLean (P71393)
Bolhouse Baar & Lefere PC
Attorney for Defendants Melissa Meyers,
Michelle McLean, Joel Baar and Bolhouse,
Baar & Hofstee PC
Grandville State Bank Bldg.
3996 Chicago Dr. SW
Grandville, MI 49418
616.531.7711 michellem@bolhouselaw.com

**STIPULATION REGARDING CORRECTION OF A CLERICAL ERROR:**

Plaintiff failed to list Norton Shores Police Chief Jon Gale as a defendant in the caption of plaintiff's complaint (ECF No. 1 at PageID.1). As a result of this clerical error, Chief Jon Gale was not entered as a defendant in the docketing system. However, Jon Gale was listed among the other Norton Shores Defendants in the body of the complaint (PageID.3 at ¶9.), and was served with a summons and complaint on 2/12/18.

Attorney Michael S. Bogren represents the City of Norton Shores, Douglas Hughes, Mark Meyers, Gary Nelund, Matthew Rhyndress, Daniel Shaw, Michael Wassilewski, and William Hughes, PLLC in these proceedings and filed an answer with affirmative defenses on behalf of the Norton Shores Defendants (ECF No. 9.). As counsel for Jon Gale, Attorney Michael S. Bogren and Plaintiff have agreed and stipulated to correct the record as follows:

1. The clerk shall add Jon Gale as a defendant in the electronic filing/docketing system;
2. Attorney Michael S. Bogren shall be identified as counsel for Jon Gale;
3. The responsive pleading and affirmative defenses, filed by Attorney Bogren on 3/5/18 (ECF No. 9.), shall be deemed an answer which was timely filed on behalf of Jon Gale.
4. Plaintiff will provide the clerk with a corrected version of the first page of his complaint (ECF No. 1 at PageID.1.) listing Jon Gale as a Defendant in the caption.
5. The parties will list Jon Gale as a Defendant in the caption of future filings.

Dated: April 4, 2018

_____
Daniel William Rudd, Pro Se

Dated: April 4, 2018

PLUNKETT COONEY

By: _____
Michael S. Bogren Attorney for Defendants
City of Norton Shores
Jon Gale, Gary Nelund, Daniel Shaw,
Matthew Rhyndress, Michael Wassilewski,
Mark Meyers, Douglas Hughes and
William Hughes, PLLC

Open.00560.80616.20138028-1