UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DANIEL WILLIAM RUDD,

       Plaintiff,                          Case No. 1:18-CV-124

v.                                         HON. GORDON J. QUIST

CITY OF NORTON SHORES, et al.,

       Defendants.
_____/

## **STIPULATED ORDER ADDING JON GALE AS DEFENDANT**

This matter comes before the court because of Plaintiff's clerical error and an agreement to remedy the error by stipulated order. The Court is fully advised.

**IT IS HEREBY ORDERED:**

1. The clerk shall add Jon Gale as a defendant in the electronic filing/docketing system;
2. Attorney Michael Bogren shall be identified as counsel for Jon Gale;
3. The responsive pleading and affirmative defenses, filed by Attorney Bogren on 3/5/18 (ECF No. 9), shall be deemed an answer which was timely filed on behalf of Jon Gale.
4. Plaintiff will provide the clerk with a corrected version of the first page of his complaint (ECF No. 1 at PageID.1.) listing Jon Gale as a Defendant in the caption.
5. The parties will list Jon Gale as a Defendant in the caption of future filings.

Dated: _____                          _____

                                                                         Honorable Gordon J. Quist
                                                                         United States District Court Judge