UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

        Plaintiff,

v

THE CITY OF NORTON SHORES, et al.

HON. GORDON J. QUIST
U.S. District Judge

Case No. 1:18-cv-124

**MOTION FOR ORDER ALLOWING BOLHOUSE, HOFSTEE, & MCLEAN PC TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT MELISSA MEYERS**

.
_____

Daniel W. Rudd
Plaintiff, In Pro Per
201 S. Lake Ave
Spring Lake, MI 49456
231-557-2532
daniel@stock20.com

Michael S. Bogren
Plunkett Cooney
Attorney for Defendants: City of Norton Shores,
Gary Neland, Dnaiel Shaw, Matthew Ryndress,
Michael Wassilewski, Mark Meyers, Douglas Hughes,
and William Hughes PLLC
950 Trade Centre Way, Ste. 310
Kalamazoo, MI  49002
269-226-8822
mbogren@plunkettcooney.com

Michelle M. McLean (P71393)
Bolhouse, Hofstee, & McLean PC
Attorneys for Defendants
McLean, Baar, and Bolhouse,
Hofstee & McLean PC
39996 Chicago Dr. SW
Grandville, MI  49418
616-531-7711
Michellem@bolhouselaw.com

Rock Wood (P41181), Mich. Atty Gen.
Attorney for Defendant Chris McIntire
PO BOX 30736
Lansing, MI 48909
517 373-6434
woodr5@michigan.gov

Melissa Meyers
In Pro Per
Tanis Schultz
85 Campau Ave. NW
Suite R305
Grand Rapids, MI  49503
616-608-7149
melissalmeyers1971@gmail.com
MMeyers@tanisschultz.com

___

**_AMENDED_ MOTION AND ORDER ALLOWING BOLHOUSE, HOFSTEE, & MCLEAN PC TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT MELISSA MEYERS**

    NOW COMES Bolhouse, Hofstee, & McLean PC ("Bolhouse") and does hereby motion this Honorable Court to withdraw as attorney of record for Defendant Melissa Meyers ("Meyers") and states in support:

1. That Bolhouse is not able to continue to represent Meyers due to a breakdown of the attorney-client relationship and therefore Bolhouse must withdraw from continued representation of Meyers.

2. That Bolhouse has provided notice of this Motion on Meyers via email and via U.S.P.S first class mail pursuant to the Proof of Service filed in this matter.

3. That all other parties to this matter have been provided notice via the electronic filing system.

4. That a copy of the proposed order is attached as **Exhibit A.**

Respectfully submitted,

Dated: April 19, 2018            Bolhouse, Baar & Hofstee, P.C.

By: /s/ Michelle M. McLean
     Michelle M. McLean (P71393)
     Richard L. Bolhouse (P29357)

Bolhouse, Hofstee, & McLean PC
Grandville State Bank Building
3996 Chicago Drive SW
Grandville MI 49418
Phone: (616) 531-7711

Attorneys for Defendants, Michelle McLean, Joel Baar, and Bolhouse, Hofstee, & McLean PC