UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

v

THE CITY OF NORTON SHORES, et al.

HON. GORDON J. QUIST
U.S. District Judge

Case No. 1:18-cv-124

**ORDER ALLOWING BOLHOUSE, HOFSTEE, & MCLEAN PC TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT MELISSA MEYERS**

.
_____

Daniel W. Rudd
Plaintiff, In Pro Per
201 S. Lake Ave
Spring Lake, MI 49456
231-557-2532
daniel@stock20.com

Michael S. Bogren
Plunkett Cooney
Attorney for Defendants: City of Norton Shores,
Gary Neland, Dnaiel Shaw, Matthew Ryndress,
Michael Wassilewski, Mark Meyers, Douglas Hughes,
and William Hughes PLLC
950 Trade Centre Way, Ste. 310
Kalamazoo, MI  49002
269-226-8822
mbogren@plunkettcooney.com

Michelle M. McLean (P71393)
Bolhouse, Hofstee, & McLean PC
Attorneys for Defendants
McLean, Baar, and Bolhouse,
Hofstee & McLean PC
39996 Chicago Dr. SW
Grandville, MI  49418
616-531-7711
Michellem@bolhouselaw.com

Rock Wood (P41181), Mich. Atty Gen.
Attorney for Defendant Chris McIntire
PO BOX 30736
Lansing, MI 48909
517 373-6434
woodr5@michigan.gov

Melissa Meyers
In Pro Per
Tanis Schultz
85 Campau Ave. NW
Suite R305
Grand Rapids, MI  49503
616-608-7149
melissalmeyers1971@gmail.com
MMeyers@tanisschultz.com

---

**_CORRECTED_ ORDER ALLOWING BOLHOUSE, HOFSTEE, & MCLEAN PC TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT MELISSA MEYERS**

    This matter was brought before the Court upon the Motion filed by Bolhouse, Hofstee, & McLean PC ("Bolhouse") seeking an order allowing for Bolhouse to withdraw as attorney of record for Defendant Melissa Meyers ("Meyers").

     **IT IS HEREBY ORDERED** that Bolhouse, Hofstee, & McLean PC shall be allowed to withdraw as attorneys of record for Defendant Melissa Meyers. All notices and filings shall be served upon Defendant Melissa Meyers at her address of:

Melissa Meyers  
In Pro Per  
Tanis Schultz  
85 Campau Ave. NW  
Suite R305  
Grand Rapids, MI  49503  
616-608-7149  
melissalmeyers1971@gmail.com  
MMeyers@tanisschultz.com  

until further order of the Court or until a new attorney files an appearance on Meyers' behalf.

               IT IS SO ORDERED.

_____  
Honorable Gordon J. Quist

Attest: A true Copy

_____  
Deputy Court Clerk

Prepared by:  
Michelle M. McLean (P71393)  
Bolhouse, Hofstee, & McLean PC  
3996 Chicago Dr. SW  
Grandville, MI  49418  
616-531-7711