UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

v.

CITY OF NORTON SHORES,
GARY NELUND, MARK MEYERS,
DANIEL SHAW, MATTHEW RHYNDRESS,
MICHAEL WASILEWSKI, JON GALE
CHRIS MCINTIRE, MELISSA MEYERS,
MICHELLE MCLEAN, JOEL BAAR
BOLHOUSE, BAAR, & HOFSTEE PC.,
WILLIAMS HUGHES PLLC,
& DOUGLAS HUGHES

    Defendants.

Case No. 1:18-cv-124

Honorable Gordon J. Quist
U.S. District Court Judge

**NOTICE:
CORRECTED VERSION OF FIRST
PAGE OF PLAINTIFF'S COMPLAINT
SUBMITTED TO THE CLERK**

---

Daniel William Rudd
Pro Se Plaintiff
201 S. Lake Ave.
Spring Lake, MI 49456
(231) 557.2532
daniel@stock20.com

Michael S. Bogren (P34835)
PLUNKETT COONEY Attorneys for
Defendants: City of Norton Shores, Gary
Nelund, Daniel Shaw, Matthew Rhyndress,
Michael Wassilewski, Mark Meyers, Jon Gale
Douglas Hughes & WILLIAMS HUGHES
950 Trade Centre Way, Ste. 310
Kalamazoo, MI 49002
(269) 226.8822
mbogren@plunkettcooney.com

Rock Wood (P41181)
MI. DEPT. OF ATTORNEY GENERAL
Attorneys for Defendant Chris McIntire
P.O. Box 30736
Lansing, MI 48909
(517) 373.6434
woodr5@michigan.gov

Michelle M. McLean (P71393)
BOLHOUSE BAAR & LEFERE PC
Attorneys for Defendants Melissa Meyers,
Michelle McLean, Joel Baar and
BOLHOUSE, BAAR & HOFSTEE
Grandville State Bank Bldg.
3996 Chicago Dr. SW,
Grandville, MI 49418
(616) 531.7711  michellem@bolhouselaw.com

**4/23/18 NOTICE: CORRECTED VERSION OF FIRST PAGE
OF PLAINTIFF'S COMPLAINT SUBMITTED TO THE CLERK**

To the Clerk of the Court:

This Court's 4/20/18 order (ECF No. 32) allows for correction of an error in my original filing with this court. The order states in pertinent part (emphasis added):

1. The clerk shall add Jon Gale as a defendant in the electronic filing/docketing system;

2. Attorney Michael Bogren shall be identified as counsel for Jon Gale;

3. The responsive pleading and affirmative defenses, filed by Attorney Bogren on 3/5/18 (ECF No. 9), shall be deemed an answer which was timely filed on behalf of Jon Gale.

**4. Plaintiff will provide the clerk with a corrected version of the first page of his complaint (ECF No. 1 at PageID.1.) listing Jon Gale as a Defendant in the caption.**

5. The parties will list Jon Gale as a Defendant in the caption of future filings.

Pursuant to ¶4 of this order, I am now providing a corrected version of the first page of my original complaint (ECF No. 1 at PageID.1.). The corrected version adds Chief Jon Gale's name to the list of Defendants and has been submitted along with this notice.

Please accept my apologies for the inconvenience of correcting this error in the docketing system and the court files. If you need anything further or different from me, please let me know.

Respectfully submitted on 4/19/18:

/s/ Daniel William Rudd

Daniel William Rudd, Plaintiff (Pro Se)
201 S Lake Ave.  Spring Lake, MI 49456
(231) 557-2532  daniel@stock20.com

2