UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

v.

---

THE CITY OF NORTON SHORES;
MAYOR GARY NELUND,
individually and in his official capacity;
CHIEF DANIEL SHAW & CHIEF JON GALE,
individually and in their official capacities;
SERGEANT MATTHEW RHYNDRESS,
individually and in his official capacity;
OFFICER MICHAEL WASSILEWSKI,
individually and in his official capacity;
MARK MEYERS, individually and as city manager;
-----
F/LT. CHRIS MCINTIRE, Michigan State Police
only in his individual capacity;
------
ATTORNEY DOUGLAS HUGHES,
Individually and acting on behalf of his law firm;
WILLIAM HUGHES, PLLC
A Michigan law firm.
-------
ATTORNEY MELISSA MEYERS,
Individually and acting on behalf of her law firm;
ATTORNEY MICHELLE MCLEAN,
Individually and acting on behalf of her law firm;
ATTORNEY JOEL BAAR,
Individually and acting on behalf of his law firm;
BOLHOUSE, BAAR & HOFSTEE PC;
A Michigan law firm.
                Defendants.

Case No. 1:18-cv-124

HON. GORDON J. QUIST
U.S. DISTRICT COURT JUDGE

**COMPLAINT & DEMAND**
**FOR A JURY TRIAL**

---

Plaintiff, Daniel W. Rudd (a non-lawyer)
Is presently without representation.
201 S Lake Ave. Spring Lake, MI 49456
231-557-2532, daniel@stock20.com