UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

v.

CITY OF NORTON SHORES, et al.,

    Defendants.

_____/

Case No. 1:18-CV-124

HON. GORDON J. QUIST

### ORDER GRANTING THE BOLHOUSE, HOFSTEE & MCLEAN PC FIRM'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT MELISSA MEYERS

The law firm of Bolhouse, Hofstee, & McLean P.C. has moved to withdraw as attorney of record for Defendant Melissa Meyers. Ms. Meyers, an attorney, was formerly associated with the Bolhouse firm. Bolhouse states that it is no longer able to represent Ms. Meyers due to a breakdown in the attorney-client relationship. Bolhouse further states that it gave notice of the instant motion to Ms. Meyers via email and first class mail. Ms. Meyers has not responded to the motion.

Therefore,

**IT IS HEREBY ORDERED** that the Bolhouse, Hofstee & McLean P.C. Law Firm's Motion to Withdraw as Attorney of Record for Defendant Melissa Meyers (ECF Nos. 26, 30) is **GRANTED**. Ms. Meyers shall have **thirty (30) days** from the date of this Order to retain counsel. Otherwise, Ms. Meyers shall be deemed to be proceeding pro se.

All notices and filings shall be served on Ms. Meyers at the following address: Tanis Schultz, 85 Campau Ave NW, Suite R305, Grand Rapids, MI 49503. The Clerk shall also add the following telephone number and email address for Ms. Meyers to the docket: (616) 608-7149; mmeyers@tanisshultz.com.

Dated: May 16, 2018

        /s/ Gordon J. Quist
       GORDON J. QUIST
      UNITED STATES DISTRICT JUDGE