UNITED STATES DISCTICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

v

CITY OF NORTH SHORES, GARY
NELUND, DANIEL SHAW, MATTHEW
RHYNDRESS, MICHAEL
WASSILEWSKI, JON GALE, MARK
MEYERS, CHRIS MCINTIRE,
DOUGLAS, HUGHES, WILLIAM
HUGHES, PLLC, MELISSA MEYERS,
MICHELLE McLEAN, JOEL BAAR,
BOLHOUSE, BAAR & HOFSTEE PC,

    Defendants.

No. 1:18-cv-124

HON. GORDON J. QUIST

MAG. RAY KENT

---

| | |
|---|---|
| Daniel William Rudd<br>*Pro Se Plaintiff*<br>201 S. Lake Ave.<br>Spring Lake, MI 49456<br>231.557.2532<br>daniel@stock20.com | Michael S. Bogren (P34835)<br>Plunkett Cooney<br>Attorney for Defendants City of Norton Shores, Gary Nelund, Daniel Shaw, Matthew Rhyndress, Michael Wassilewski, Mark Meyers, Douglas Hughes and William Hughes, PLLC<br>950 Trade Centre Way, Ste. 310<br>Kalamazoo, MI 49002<br>269.226.8822<br>mbogren@plunkettcooney.com |
| Michelle M. McLean (P71393)<br>Bolhouse Baar & Lefere PC<br>Attorney for Defendants, Michelle McLean, Joel Baar and Bolhouse, Baar & Hofstee PC<br>Grandville State Bank Bldg.<br>3996 Chicago Dr. SW<br>Grandville, MI 49418<br>616.531.7711<br>michellem@bolhouselaw.com | Sarah R. Robbins (P81944)<br>Rock Wood (P41181)<br>Michigan Dept. of Attorney General<br>Attorneys for Defendant Chris McIntire<br>P.O. Box 30736<br>Lansing, MI 48909<br>517.373.6434<br>woodr5@michigan.gov |

Melissa Meyers (P59559)
Tanis Schultz PLLC
Attorney for Defendant Melissa Meyers
85 Campau Ave NW Ste R305
Grand Rapids, MI 49503-2611
mmeyers@tanisshultz.com

_____/

## PROOF OF SERVICE

STATE OF MICHIGAN   )
                    ) ss
COUNTY OF INGHAM    )

      On May 17, 2018, I served a copy of the proposed *Stipulation & Order Extending Time for Plaintiff's Response to Defendant McIntyre's Motion To Dismiss* was served upon Defendant Melissa Meyers by email at: mmeyers@tanisshultz.com

      /s/  *Monica Robinson*
      Monica Robinson