UNITED STATES DISCTICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

v

CITY OF NORTH SHORES, GARY
NELUND, DANIEL SHAW, MATTHEW
RHYNDRESS, MICHAEL
WASSILEWSKI, JON GALE, MARK
MEYERS, CHRIS MCINTIRE,
DOUGLAS, HUGHES, WILLIAM
HUGHES, PLLC, MELISSA MEYERS,
MICHELLE McLEAN, JOEL BAAR,
BOLHOUSE, BAAR & HOFSTEE PC,

    Defendants.

No. 1:18-cv-124

HON. GORDON J. QUIST

MAG. RAY KENT

---

| | |
|---|---|
| Daniel William Rudd<br>*Pro Se Plaintiff*<br>201 S. Lake Ave.<br>Spring Lake, MI 49456<br>231.557.2532<br>daniel@stock20.com | Michael S. Bogren (P34835)<br>Plunkett Cooney<br>Attorney for Defendants City of Norton Shores, Gary Nelund, Daniel Shaw, Matthew Rhyndress, Michael Wassilewski, Mark Meyers, Douglas Hughes and William Hughes, PLLC<br>950 Trade Centre Way, Ste. 310<br>Kalamazoo, MI 49002<br>269.226.8822<br>mbogren@plunkettcooney.com |
| Michelle M. McLean (P71393)<br>Bolhouse Baar & Lefere PC<br>Attorney for Defendants, Michelle McLean, Joel Baar and Bolhouse, Baar & Hofstee PC<br>Grandville State Bank Bldg.<br>3996 Chicago Dr. SW<br>Grandville, MI 49418<br>616.531.7711<br>michellem@bolhouselaw.com | Sarah R. Robbins (P81944)<br>Rock Wood (P41181)<br>Michigan Dept. of Attorney General<br>Attorneys for Defendant Chris McIntire<br>P.O. Box 30736<br>Lansing, MI 48909<br>517.373.6434<br>woodr5@michigan.gov |

Melissa Meyers (P59559)
Tanis Schultz PLLC
Attorney for Defendant Melissa Meyers
85 Campau Ave NW Ste R305
Grand Rapids, MI 49503-2611
mmeyers@tanisshultz.com
_____/

## STIPULATION & ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT MCINTIRE'S MOTION TO DISMISS

This matter is before the court upon a stipulation to extend the time by which Plaintiff needs to respond to Defendant McIntire's Motion To Dismiss (ECF No.23).

The undersigned parties have agreed and the court being otherwise fully advised:

IT IS ORDERED that Plaintiff's response is now due on May 31, 2018.


Dated: May ___, 2018                        _____
                                            Hon. Gordon J. Quist


Stipulated and Approved for Entry:

 /s/ Daniel W. Rudd                          /s/ Sarah R. Robbins
Daniel W. Rudd, Pro Se Plaintiff            Sarah R. Robbins (P81944)
(Registered to e-file by leave granted)     Attorney for Defendant McIntire