UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,
    Plaintiff,

v

THE CITY OF NORTON SHORES,
MAYOR GARY NELUND, individually
and in his official capacity,
POLICE CHIEF DANIEL SHAW,
individually and in his official capacity,
SERGEANT MATTHEW RHYNDRESS,
individually and in his official capacity,
OFFICER MICHAEL WASSILEWSKI,
individually and in his official capacity,
MARK MEYERS, individually and as city
manager,
____

F/LT. CHRIS MCINTIRE, Michigan State
Police only in his individual capacity;
____

ATTORNEY DOUGLAS HUGHES,
individually and acting on behalf of his law
firm,
WILLIAM HUGHES, PLLC, a Michigan
law firm,
____

ATTORNEY MELISSA MEYERS,
individually and acting on behalf of her
law firm,
ATTORNEY MICHELLE MCLEAN,
individually and acting on behalf of her
law firm,
ATTORNEY JOEL BAAR, individually
and acting on behalf of his law firm,
BOLHOUSE, BAAR & HOFSTEE PC, a
Michigan law firm,
    Defendants.

No. 1:18-cv-124

HON. GORDON J. QUIST

MAG. RAY KENT

1

| | |
|---|---|
| Daniel William Rudd<br>*Pro Se Plaintiff*<br>201 S. Lake Ave.<br>Spring Lake, MI 49456<br>231.557.2532<br>daniel@stock20.com | Michael S. Bogren (P34835)<br>Plunkett Cooney<br>Attorney for Defendants City of Norton Shores, Gary Nelund, Daniel Shaw, Matthew Rhyndress, Michael Wassilewski, Mark Meyers, Douglas Hughes and William Hughes, PLLC<br>950 Trade Centre Way, Ste. 310<br>Kalamazoo, MI 49002<br>269.226.8822<br>mbogren@plunkettcooney.com |
| Melissa Meyers (P59559)<br>Tanis Schultz PLLC<br>Attorney for Defendant Melissa Meyers<br>85 Campau Ave NW Ste R305<br>Grand Rapids, MI 49503-2611<br>mmeyers@tanisschultz.com | |
| Michelle M. McLean (P71393)<br>Bolhouse Baar & Lefere PC<br>Attorney for Defendants, Michelle McLean, Joel Baar and Bolhouse, Baar & Hofstee PC<br>Grandville State Bank Bldg.<br>3996 Chicago Dr. SW<br>Grandville, MI 49418<br>616.531.7711<br>michellem@bolhouselaw.com | Sarah R. Robbins (P81944)<br>Michigan Dept. of Attorney General<br>Attorney for Defendant Chris McIntire<br>P.O. Box 30736<br>Lansing, MI 48909<br>517.373.1162<br>robbinss@michigan.gov |

### **OPPOSITION TO PLAINTIFF'S MOTION FOR SUR-REPLY TO DEFENDANT MCINTIRE'S MOTION TO DISMISS**

                                          Bill Schuette
                                          Attorney General

                                          Sarah R. Robbins (P81944)
                                          Rock Wood (P41181)
                                          Michigan Dept. of Attorney General
                                          Attorneys for Defendant McIntire
                                          P.O. Box 30736
                                          Lansing, MI 48909
                                          517.373.1162

Dated:  June 21, 2018

Defendant McIntire opposes Plaintiff's motion for additional briefing to the pending motion to dismiss, which was filed in April 2018.  The requested additional briefing is not necessary as the Court has received sufficient briefing to address the matters raised in Defendant McIntire's Motion to Dismiss and the accompanying brief.  (ECF Nos. 23 and 24).  Both parties have been afforded the briefing allowed under the court rules and the pending dispositive motion is ripe for decision.

## Conclusion and Relief Requested

Defendant McIntire respectfully requests this Court deny Plaintiff's motion for additional briefing and rule on the pending motion to dismiss.

In total, for the reasons outlined in the previously filed Motion to Dismiss (ECF No. 23), the accompanying brief in support (ECF No. 24), the reply (ECF No. 44), and above this Court should dismiss all claims against Defendant Lieutenant McIntire with prejudice and grant such other relief as this Honorable Court deems appropriate.

Respectfully submitted,

Bill Schuette
Attorney General

/s/ Sarah R. Robbins
Sarah R. Robbins (P81944)
Attorney for Defendant McIntire
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI  48909
(517) 373-1162
RobbinsS@michigan.gov

Dated:  June 21, 2018