UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

v.

CITY OF NORTON SHORES,
et al.,

    Defendants.
_____/

Case No. 1:18-CV-124

HON. GORDON J. QUIST

## ORDER GRANTING DEFENDANT McINTIRE'S MOTION TO DISMISS

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Defendant McIntire's Motion to Dismiss (ECF No. 23) is **GRANTED**, and Defendant McIntire is **DISMISSED** from this case.

**IT IS FURTHER ORDERED** that because Counts 1, 3, and 4 fail to state a claim against any Defendant, those claims are **DISMISSED** as to the remaining Defendants.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File a Sur-Reply (ECF No. 46) is **DENIED**.

Dated: August 8, 2018

    /s/ Gordon J. Quist
    GORDON J. QUIST
    UNITED STATES DISTRICT JUDGE