Approved, SCAO

Original - Court
1st copy - Law enforcement agency (file) (green)
2nd copy - Respondent (blue)
3rd copy - Petitioner (pink)
4th copy - Return (yellow)
5th copy - Return (goldenrod)  *MarieH*

| STATE OF MICHIGAN | | |
|---|---|---|
| 14th JUDICIAL CIRCUIT | PERSONAL PROTECTION ORDER (NONDOMESTIC) ☒ EX PARTE | CASE NO. 13-2575O3-PPNH |
| Muskegon COUNTY | | |

Court address
OR:
M- 990 Terrace Street, Muskegon, MI 49442                                  Court telephone no.

**(A)** Petitioner's name
Melissa L. Meyers

Address and telephone no. where court can reach petitioner
NOT PUBLIC

v

Respondent's name, address, and telephone no.
Daniel Rudd

Address and telephone no. where court can reach respondent
201 S. Lake Ave
Spring Lake, MI 49456

**(B)** Full name of respondent (type or print)
Daniel William Rudd

| Height | Weight | Race | Sex | Date of birth or age | Hair color | Eye color | Other identifying information | Driver's license number (if known) |
|---|---|---|---|---|---|---|---|---|
| 5-7 | 165 | Cauc. | M | 9/28/76 | brown | hazel | glasses, receding hair line | |

These items must be filled in for the police/sheriff to enter on LEIN; the other items are not required but are helpful.

Date: 7-22-13     Judge: 13-____-PP     Bar no.

1. This order is entered  ☒ without a hearing.  ☐ after hearing.

THE COURT FINDS:
☒ 2. A petition requesting an order to restrain conduct prohibited under MCL 750.411h and MCL 750.411i and/or MCL 750.411s has been filed under the authority of MCL 600.2950a.
☒ 3. Petitioner requested an ex parte order, which should be entered without notice because irreparable injury, loss, or damage will result from delay required to give notice or notice itself will precipitate adverse action before an order can be issued.
4. Respondent committed the following acts of willful, unconsented contact. (State the reasons for issuance.)
*multiple acts of harassment*

IT IS ORDERED:
5. Daniel William Rudd _____ is prohibited from
   Full name of respondent

   ☒ a. stalking as defined under MCL 750.411h and MCL 750.411i, which includes but is not limited to
   ☒ following or appearing within sight of the petitioner.
   ☒ appearing at the workplace or the residence of the petitioner.
   ☒ approaching or confronting the petitioner in a public place or on private property.
   ☒ entering onto or remaining on property owned, leased, or occupied by the petitioner.
   ☒ sending mail or other communications to the petitioner.
   ☒ contacting the petitioner by telephone.
   ☒ placing an object on or delivering an object to property owned, leased, or occupied by the petitioner.
   ☒ threatening to kill or physically injure the petitioner.
   ☐ purchasing or possessing a firearm.
   ☐ other: _____

   ☒ b. posting a message through the use of any medium of communication, including the internet or a computer or any electronic medium, pursuant to MCL 750.411s.

6. Violation of this order subjects the respondent to immediate arrest and to the civil and criminal contempt powers of the court. If found guilty, respondent shall be imprisoned for not more than 93 days and may be fined not more than $500.00.
7. This order is effective when signed, enforceable immediately, and remains in effect until   2-1-14  .
   This order is enforceable anywhere in this state by any law enforcement agency when signed by a judge, and upon service may also be enforced by another state, an Indian tribe, or a territory of the United States. If respondent violates this order in a jurisdiction other than this state, respondent is subject to enforcement and penalties of the state, Indian tribe, or United States territory under whose jurisdiction the violation occurred.
8. The court clerk shall file this order with MSPD _____, who will enter it into the LEIN.
9. Respondent may file a motion to modify or terminate this order. For ex parte orders, the motion must be filed within 14 days after being served with or receiving actual notice of the order. Forms and instructions are available from the clerk of court.
10. A motion to extend the order must be filed 3 days before the expiration date in item 7, or a new petition must be filed.

7/22/13   11:50
Date and time issued                       Judge

CD 380 (3/12)  PERSONAL PROTECTION ORDER (NONDOMESTIC)           MCL 600.2950a, MCR 3.705, MCR 3.706

NANCY A. WATERS
MUSKEGON COUNTY CLERK
FILED
2013 JUL 22 A 11:55

EXHIBIT 1