EXHIBIT 2

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MUSKEGON

MELISSA L. MEYERS,

   Petitioner,

vs.             HON. Gregory C. Pittman
               File No. 13-257503-PH
DANIEL WILLIAM RUDD,

   Respondent.

_____

Douglas Springstead (P20861)   Brianna T. Scott (P62170)
Attorney for Petitioner       Attorney for Respondent
214 Washington Street       75 W. Apple Avenue
Hart, MI 49420          Muskegon, MI 49440
(231) 873-4022         (231) 727-58888
_____

### ORDER REGARDING MOTION TO TERMINATE PERSONAL PROTECTION ORDER

At a session of court held in the courthouse
In Muskegon, Michigan, on December 17, 2013.

  PRESENT: HON. GREGORY C. PITTMAN
         Circuit Court Judge

Respondent having petitioned the Court to terminate a Personal Protection Order, the Court having read Respondent's petition, having heard argument from the parties counsel, and the Court being otherwise fully informed in this matter.

IT IS HEREBY ORDERED AND ADJUDGED that Respondent's Motion to Terminate Personal Protection Order shall be and is hereby DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Petitioner's Personal Protection Order shall remain in full force and effect until further order of the Court.

1



IT IS SO ORDERED.

Dated: 12-17-2013

_____
Hon. Gregory C. Pittman
Circuit Court Judge

2