Approved, SCAO

Original - Court
1st copy - for LEIN entry

2nd copy -
3rd copy -
OSM COPY

| STATE OF MICHIGAN JUDICIAL DISTRICT 14th JUDICIAL CIRCUIT Muskegon COUNTY PROBATE | REMOVAL OF ENTRY FROM LEIN | CASE NO. 13-257503 PH Meyers v. Rudd |

ORI MI-

Court address: 990 Terrace Street, Muskegon MI 49442

Court telephone no.: (231) 724-6530

| Effective date of order | Expiration date of order | Agency file no. |
|---|---|---|
| 07/22/2013 | 02/01/2014 | NSPD: 2013-04915 |

TO: Law enforcement agency and address

Norton Shores Police Department
4814 Henry Street
Norton Shores, MI 49441

Phone: 231-733-2691  Fax: 231-798-1968

Defendant/Juvenile/Respondent name, address, and telephone no.

Daniel William Rudd
201 S LAKE AVE
SPRING LAKE, MI 49456
(231) 557-2532

Date of birth: 12/18/2015

**IT IS ORDERED:**

1. The conditions requiring LEIN entry in this case or matter no longer exist.

2. The record of this entry shall be removed immediately from Law Enforcement Information Network (LEIN) files.

2-4-16
Date

Judge/District court magistrate (signed Gregory Pittman)

P44791
Bar no.

To the law enforcement agency:

Immediately after receiving this form, remove entry in this case or matter from Law Enforcement Information Network (LEIN) files, complete the certification, and return the 2nd copy to the court.

**CERTIFICATION OF REMOVAL**

I certify that the LEIN entry in this case or matter has been removed from LEIN files.

Date

Signature of law enforcement representative

MC 239 (3/06) REMOVAL OF ENTRY FROM LEIN

MCL 764.15b, MCL 765.6b

STATE OF MICHIGAN
IN THE 14th CIRCUIT COURT FOR THE COUNTY OF MUSKEGON

MELISSA L. MEYERS,

    Petitioner,

v

DANIEL WILLIAM RUDD,

    Respondent.

HON. GREGORY C. PITTMAN
Circuit Court Judge

Case No.: 13-257503-PH

---

Michelle M. McLean (P71393)
Bolhouse, Baar & Hofstee, PC
Attorneys for Petitioner
3996 Chicago Drive, SW
Grandville, MI 49418
(616) 531-7711

Daniel William Rudd, Respondent
*In Pro Per*
201 S. Lake Avenue
Spring Lake, MI 49546
(231) 557-2532

---

## ORDER FOLLOWING DECEMBER 15, 2015 HEARING DISMISSING PERSONAL PROTECTION ORDER AND CLOSING CASE FILE

This matter having been brought before the Court on Respondent's Objection to Petitioner's Proposed Order Following November 9, 2015 Hearing; the Parties having appeared before this Court on December 15, 2015; the Court having been made aware of new developments related to the case, specifically that the Petitioner was no longer representing Respondent's ex-wife in a custody action, *Daniel William Rudd v Andrea J. Averill (f/k/a Rudd)*, Muskegon County Circuit Court, Case No. 07-36874-DM; the Respondent having acknowledged on the record that he will have no future contact with Petitioner; and the Court being otherwise fully advised in the premises,

    NOW THEREFORE,

    **IT IS HEREBY ORDERED AND ADJUDGED** that the Personal Protection Order dated July 22, 2013 shall be and hereby is DISMISSED pursuant to the statements made by the Court on the record on November 26, 2013 and for the reasons stated on the record on December 15,

2015 by this Court. All issues in this case are now dismissed, with prejudice, including the November 4, 2015 Order to Show Cause.

**THIS ORDER RESOLVES THE LAST PENDING CLAIM AND CLOSES THE CASE.**

_____
Hon. Gregory C. Pittman
Circuit Court Judge

ATTEST: A TRUE COPY

_____
Court Clerk