UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

      Plaintiff,                              Case No. 1:18–cv–00124–GJQ–RSK

v.

NORTON SHORES, CITY OF, et al.,

      Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Steven Schultz

RE:  Motion to Dismiss/Failure to State a Claim (ECF No. 58)

REASON FOR NOTICE:  Attachments or exhibits are missing specific description on the docket (e.g. "Exhibit", "Exhibit", "Exhibit", rather than "Exhibit 1", "Exhibit 2", "Exhibit 3").

RECOMMENDED ACTION:  None. Court staff will make the necessary modifications.

INFORMATION FOR FUTURE REFERENCE:  When attachments or exhibits are electronically filed, the document upload screen presents options to the user for each document, so that each can be clearly identified in the resulting docket entry, as well as when the documents are viewed. Users should always select a *Category*, enter a *Description*, or *use both*, to provide a brief description of each attachment. For example, *Exhibit N* (where Category = *Exhibit* and Description = *N*) is more helpful to the court than *Exhibit*. Use this tool to assist the Court in navigating to your attachments.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                                    CLERK OF COURT

Dated:  September 11, 2018      By:  /s/ C. Wenners
                                                       Deputy Clerk