UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL W. RUDD,

    Plaintiff,

v.

CITY OF NORTON SHORES,
MAYOR GARY NELUND, MARK MEYERS,
DANIEL SHAW, MATTHEW RHYNDRESS,
MICHAEL WASILEWSKI, JON GALE,
CHRIS MCINTIRE, MELISSA MEYERS,
MICHELLE MCLEAN, JOEL BAAR,
BOLHOUSE, BAAR & HOFSTEE PC.,
WILLIAM HUGHES PLLC, DOUGLAS
HUGHES,

    Defendants.
_____/

Case No. 1:18-cv-124

HON.  GORDON J. QUIST/KENT
MAG. JUDGE RAY KENT

Daniel W. Rudd (Pro Se)
201 S. Lake Ave
Spring Lake, Michigan   49456
(231-557-2532)
daniel@stock20.com

Steven Daniel Schultz (P63177
Attorney for Melissa Meyers
TANIS SCHULTZ PLLC
85 Campau Ave. NW, Ste 305
Grand Rapids, Michigan  49503-2611
(616-608-7149)
sschultz@tanisschultz.com

Richard L. Bolhouse (P29357)
Attorney for Defendants
M. Mclean, J. Baar,  and Bolhouse, Hofstee & Mclean
BOLHOUSE, HOFSTEE & McLEAN PC
3996 Chicago Drive, SW
Grandville, Michigan  49418
(616-531-7711)
rickb@bolhouselaw.com
sallyr@bolhouselaw.com

Michael S. Bogren (P34835)
Robert A. Callahan  (P47600)
Attorneys for Defendants
City of Norton Shores, Mayor Nelund, Jon Gale, Shaw, Rhyndress, Wasilewski, Mark Meyers, Douglas Hughes and William Hughes
PLUNKETT COONEY
950 Trade Centre Way, Suite 310
Kalamazoo, Michigan   49002
(269-226-8822)
mbogren@plunkettcooney.com
rcallahan@plunkettcooney.com

Rock Wood (P41181)
Sarah R. Robbins (P81944)
Attorneys for Defendant Chris McIntire
Michigan Dept. of Attorney General
P.O. Box 30736
Lansing, Michigan  48909
(517-373-6434)
Woodr5@michigan.gov
albrol@michigan.gov
schuellerT@michigan.gov

**DEFENDANTS THE CITY OF NORTON SHORES, MAYOR GARY NELUND, POLICE CHIEF DANIEL SHAW, SERGEANT MATTHEW RHYNDRESS, OFFICER MICHAEL WASILEWSKI, MARK MEYERS, ATTORNEY DOUGLAS HUGHES, AND WILLIAM HUGHES, PLLC'S MOTION FOR JUDGMENT ON THE PLEADINGS**

NOW COME defendants, City of Norton Shores, Mayor Gary Neuland, Police Chief Daniel Shaw, Sgt. Matthew Rhyndress, Officer Michael Wasilewski, Douglas Hughes and William Hughes, PLLC ("Norton Shores Defendants") by and through their attorneys, Plunkett Cooney, hereby move for dismissal of plaintiff's complaint pursuant to Fed R Civ P12(C).  In support of their motion, Norton Shores defendants state as follows:

1. The plaintiff filed his complaint in this court in February 2018.

2. The plaintiff's complaint is based upon wholly conclusory allegations, without actual support, of some type of conspiracy to violate his constitutional rights, and to commit various state torts.

3. That this court has granted motion to dismiss filed by co-defendant Chris McIntire.

4. That for the reasons set forth in Norton Shores defendants' brief in support of motion for judgment on pleadings, this court must grant defendants' motion, and dismiss plaintiff's complaint with prejudice.

WHEREFORE, Norton Shores defendants respectfully requests that this court grant their motion for judgment on pleadings, and dismiss plaintiff's complaint with prejudice.

                                        Respectfully submitted,

DATED:  September 11, 2018        PLUNKETT COONEY

                                        BY:  /s/Robert A. Callahan
                                               Michael S. Bogren (P34835)
                                               Robert A. Callahan  (P47600)
                                               Attorneys for Defendants
                                               City of Norton Shores, Mayor Nelund,
                                               Police Chief Shaw, Sgt. Rhyndress,
                                               Officer Wasilewski, Mark Meyers,
                                               Doug Hughes and William Hughes PLLC

Open.00560.80616.20892886-1