UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

v.

THE CITY OF NORTON SHORES,
GARY NELUND, MARK MEYERS,
DANIEL SHAW, MATTHEW RHYNDRESS,
MICHAEL WASILEWSKI, JON GALE,
CHRIS MCINTIRE, MELISSA MEYERS,
MICHELLE MCLEAN, JOEL BAAR,
BOLHOUSE, BAAR & HOFSTEE PC.,
WILLIAM HUGHES PLLC, DOUGLAS
HUGHES,

    Defendants.

Case No. 1:18-cv-124

HON.  GORDON J. QUIST
HON.  RAY KENT

_____

## PROOF OF SERVICE

The undersigned certifies that on 9/21/2018, he served a draft of Plaintiff's Motion For Rule 11 Sanctions Against The Norton Shores Defendants (21 pages total) to each parties attorney by e-mail and also by first class mail as described below.

| Service by prepaid mail 1st class | Attorney Steven Schultz: 85 Campau Ave. NW, Ste 305 Grand Rapids, Michigan  49503-2611<br>Attorney Michelle McLean: 3996 Chicago Drive, SW  Grandville, Michigan  49418<br>Attorney Robert Callahan: 950 Trade Centre Way, Suite 310 Kalamazoo, Michigan  49002 |
|---|---|
| E-mail delivery | RCallahan@plunkettcooney.com, sschultz@tanisschultz.com, & michellem@bolhouselaw.com<br>Sent as a .pdf attachment   from: daniel@stock20.com  at 12:50pm on 9/21/18 |
| Validation Of .pdf | hex: 1b48718f335a26adbd8a7e9d1d645490d092a9dcaab0603418da3133db169418<br>SHA256 checksum generated from the .pdf document served. |

September 21, 2018    /s/ Daniel William Rudd                 .

    Daniel William Rudd (Plaintiff, Pro Se)
    201 S LAKE AVE, SPRING LAKE, MI 49456
    (231) 557-2532,  daniel@stock20.com