UNITED STATES DISCTICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

vs.

Case No. 1:18-cv-00124-GJQ-RSK

HON. GORDON J. QUIST

NORTON SHORES, CITY OF, et al.,

    Defendants.

_____/

**ORDER EXTENDING TIME TO FILE RESPONSIVE BRIEFS**

Counsel for Defendants have each filed dispositive motions under Fed. R. Civ. P. 12(c). Plaintiff's responsive briefs are currently due by October 9, 2018. The parties have agreed and stipulated to a seven-day extension of time for Plaintiff to file his responsive briefs. The parties also concur that the filing of a single consolidated brief may be a prudent substitute for the filing of three separate responsive briefs.

IT IS ORDERED that Plaintiff may, at his discretion, file a single consolidated response brief, which shall not exceed forty (40) pages, exclusive of cover sheet, tables, and indices. Alternatively, Plaintiff may respond to each dispositive motion with individual briefs of standard length. In either case, Plaintiff's brief(s) in response to ECF Nos. 53, 58, & 60 shall be due on or before October 16, 2018.

Dated: October _10_, 2018

                                                          /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE