UNITED STATES DISCTICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

vs.

Case No. 1:18-cv-00124-GJQ-RSK

HON. GORDON J. QUIST

NORTON SHORES, CITY OF, et al.,

    Defendants.

_____/

## Declaration in Support of Plaintiff's 10/16/18 Repsonsive Brief  (ECF No. 72)

Plaintiff, Daniel William Rudd, has filed his Brief Opposing the dispositive motions submitted by the Defendants ((ECF Nos. 53, 58, 60).  Plaintiff declares and affirms that attached Exhibits A-F are true and accurate copies of the documents and communications referenced and relied upon in Plaintiff's filings.

Exhibit A:  10/3/2013 Email Message from: Chief Shaw, to Mark Meyers & Ofc. Wasilewski

Exhibit B:  7/28/2015 Email Message from: Melissa Meyers to Plaintiff Daniel Rudd's Counsel In the state court proceedings:  (Attorneys Rachel Terpstra & Brianna Scott)

Exhibit C:  10/20/2015 Motion for Declaratory and Injunctive Relief   13-257503-PH
filed by Plaintiff Rudd in the State Court Proceedings (includes State Court Exhibits A-F)
    State Court Exhibit A: Proposed Findings of Fact and Conclusions of Law
    State Court Exhibit B: Proposed Order to remove LEIN Entry
    State Court Exhibit C: Excerpts of November 26, 2013 Hearing Transcript
    State Court Exhibit D: Text Message Rudd Received While Coaching Soccer, July 2015
    State Court Exhibit E: Excerpts of January 23, 2014 Hearing Transcript
    State Court Exhibit F: 8/31/15 Automated Letter from MSP re: Stalking/PPO Entry

Exhibit D:  11/9/2015 TRANSCRIPT of State Court Hearing RE: Criminal Contempt
& Rudd's Motion For Declaratory/Injunctive Relief   13-257503-PH

Dated: 10/16/18

                /s/ Daniel W. Rudd
**Plaintiff (**Pro Se), *registered for ECF filing*
daniel@stock20.com  (231) 557-2532
201 S Lake Ave. Spring Lake, MI 49456