# Exhibit A

10/3/2013 Email Message from:
Chief Daniel Shaw, to Mark Meyers & Officer Wasilewski

---

**Declaration in Support of Plaintiff's 10/16/18 Repsonsive Brief  (ECF No. 72)**
Opposing Def. Rule 12(c) Motions  (ECF Nos. 53, 58, 60)

**Mark Meyers**

| | |
|---|---|
| From: | Daniel Shaw [Daniel.Shaw@mcd911.net] |
| Sent: | Thursday, October 03, 2013 2:31 PM |
| To: | Mark Meyers |
| Cc: | Mike S. Wasilewski |
| Subject: | Rudd |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Mark,

I checked our CAD reports for the two responses to your home regarding Mr. Rudd. I see that Ofc. Wasilewski queried Mr. Rudd's vehicle thorugh LEIN, which automatically queries his record as well. Unfortunately, I can not see the results, so I do not know if the records indicate if he had a CPL or not. Sorry.

Maybe Ofc. Wasilewski can respond if he recalls this information.

Dan

1