# Exhibit 5

7/3/2018 – Order Re: Contempt & Other Matters
Along with two (2) examples of records which
pertain to the subject matter of this lawsuit, which
the City finally disclosed on 6/29/18 in order to
avoid contempt sanctions.

Rudd v. Norton Shores  Michigan FOIA Litigation
17-004334-CZ  14th Circuit Court,  Hon. Timothy G. Hicks

STATE OF MICHIGAN

IN THE 14th CIRCUIT COURT

* * * * *

DANIEL W. RUDD,

                Plaintiff,

v

CITY OF NORTON SHORES,

                Defendant.

_____/

HON. TIMOTHY G. HICKS

File No. 17-004334-CZ

Daniel Rudd
In Pro Persona
201 S. Lake Ave
Spring Lake, MI 49456
231-557-2532

Lisa A. Hall (P70200)
Attorney for Defendant
PLUNKETT COONEY
333 Bridge St. NW, Ste. 530
Grand Rapids, MI 49504
616-752-4615

_____/

## ORDER REGARDING CONTEMPT AND OTHER MATTERS

The court held its hearing on June 29 and enters these orders, all for the reasons noted on the record:

1. The defendant delivered the required documents on June 29, so the court makes no finding of contempt, civil or criminal, relating to the defendant's submission of the citizen complaints.

2. The court has conducted its review of the documents ordered in the May 3 order. It made some adjustments on the record, and now concludes the defendant has completed its obligations, as defined in that order.

3. The May 3 order claimed that that was a final order which closed the case. This one, with the findings about the contempt and after reviewing the 600+ pages submitted, should be considered a final order which concludes this court's work.

**IT IS SO ORDERED.**

Date: July 2, 2018

_____
Timothy G. Hicks, P35198
Circuit Judge

CERTIFICATE OF MAILING

I hereby certify that on the 2nd day of July, 2018, I personally mailed copies of this order to the parties above named at their respective addresses, by ordinary mail.

_____
Autumn R. Ward, Circuit Court
Judicial Secretary

## NORTON SHORES POLICE DEPARTMENT

Official Complaint
Page 1

| Complaints Name | Control Number | |
|---|---|---|
| Social Security Administration | IA -2016-12 | |
| Address | Assigned Investigator | ☐ Inquiry |
| 330 Ionia, suite 102, Grand Rapids | Lt. Michael Kasher | ☐ Informal |
| | | x☐ Formal |
| Phone Number / E-mail | Reviewed/Assigned by: | Date |
| 616-451-4754 | J Gale | 10/14/2016 |
| Date of Incident | Time of Incident | Location of Incident |
| 10/20/2014 | 12:19 | 1427 w. Sherman |
| Employee(s) Involved | | |
| Michael Wasilewski | | |

**NARRATIVE (provide detailed description of the incident/complaint):**

Special Agent William C Brown stopped in to see me at NSPD on this date. He advised that he was assigned to investigate a possible LEIN violation involving Ofc. Wasilewski.

The possible violation occurred on 10/20/2014. Ofc. Wasilewski used LEIN to check for warrants on a Pablo Fierro. Mr. Fierro at the time was wanted by the Social Security administration for Social Security Fraud. This information was not put into LEIN to avoid local officers from checking the status of Mr. Fierro. It is unknown why Ofc. Wasilewski checked Mr. Fierro through LEIN.

Additionally, SA Brown advised that he had interviewed Mr. Adam Sobezak who was a previous business partner. Sobezak stated that the Fierro family had several officers who would check for warrants for Pablo.

Also, Pablo Fierro's daughter Elizabeth Melgarejo testified under oath in federal court regarding officers running LEIN for the family. Her statement is as follows "We have a lot of officers that work in the police department or government that would look for us because they wanted to make sure that, you know, everything-if there was a warrant".

This investigation was requested by the United States Attorney's office and assigned to SA Brown.

I have assigned this Internal Affairs complaint to Lt. Kasher.

NOTICE: This document is considered to be an official police report. Knowingly filing a false police report may be a violation of Michigan Statute 750.411a.

| Complaints Signature | | Date | |
|---|---|---|---|
| Received by | | ID # | Date / Time |

# NORTON SHORES POLICE DEPARTMENT

**Official Complaint**
Page 1

| Complainants Name | Control Number |
|---|---|
| Sgt Marvin Petty | IA    2014-08 |

| Address | Assigned Investigator | |
|---|---|---|
| Muskegon Heights PD | Lt. Jon Gale | ☐ Inquiry<br>X Informal<br>☐ Formal |

| Phone Number / E-mail | Reviewed/Assigned by: | Date |
|---|---|---|
| | D Shaw | |

| Date of Incident | Time of Incident | Location of Incident |
|---|---|---|
| 4/15/2014 | | Muskegon County Building |

| Employee(s) Involved |
|---|
| Sgt. Matthew Rhyndress |

## NARRATIVE (provide detailed description of the incident/complaint):

On April 17, 2014 at approx. 0900 hrs., I received a telephone from Chief Lynne Gill, Muskegon Heights PD requesting a face to face meeting regarding a personnel matter. We agreed to meet at the Brew House.

Chief Gill provided me with a memo sent to him by Sergeant Marvin Petty dated April 15, 2014 in which he summarizes contact with Sergeant Rhyndress earlier that day (see attached). Sergeant Petty states that Sergeant Rhyndress made verbal threats towards him in the Muskegon County Building. Apparently, Sergeant Rhyndress was in the County Building for a hearing related to his pending divorce.

Though Sergeant Rhyndress was not on-duty at the time of this reported incident, the threats if accurate did imply retaliatory use of, or intentional withholding of, his law enforcement powers authorized by the City of Norton Shores. As such, this incident does impact the Norton Shores Police Department and must be investigated.

Assigned to Lieutenant Jon Gale for investigation.

STATUS:

   OPEN, Pending Investigation.

NOTICE: This document is considered to be an official police report. Knowingly filing a false police report may be a violation of Michigan Statute 750.411a.

| Complainants Signature | Date | |
|---|---|---|
| | | |

| Received by | ID # | Date / Time |
|---|---|---|
| | | |

