UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,                                      Case No. 1:18-cv-124

v.                                                  Hon. Gordon J. Quist

CITY OF NORTON SHORES, et al,

    Defendants.
_____/

## ORDER GRANTING PROTECTIVE ORDER

Oral argument was held October 25, 2018, on the Norton Shores Defendants' Motion for Protective Order (ECF No. 66). For the reasons more fully stated on the record, the motion is **GRANTED** and discovery is stayed until such time as the District Judge rules upon the pending motions to dismiss.

**IT IS SO ORDERED.**

Dated:  October 29, 2018                      /s/ Ray Kent
                                                            RAY KENT
                                                             United States Magistrate Judge