UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

    Plaintiff,

v.                                                   Case No. 1:18-CV-124

CITY OF NORTON SHORES, et al.,        HON. GORDON J. QUIST

    Defendants.
_____/

## **JUDGMENT**

        Judgment on Count 2 is hereby entered in favor of Defendants and against Plaintiff.

Counts 5-7 (state-law claims) are hereby dismissed without prejudice.

Dated: January 8, 2019                                /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE