UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

      Plaintiff,

v.

CITY OF NORTON SHORES, GARY NELUND, MARK MEYERS, DANIEL SHAW, MATTHEW RHYNDRESS, MICHAEL WASILEWSKI, JON GALE, CHRIS MCINTIRE, MELISSA MEYERS, MICHELLE MCLEAN, JOEL BAAR, DOUGLAS HUGHES, BOLHOUSE, BAAR, & HOFSTEE PC., WILLIAMS HUGHES PLLC.

      Defendants.

Case No. 1:18-cv-124

Honorable Gordon J. Quist
U.S. District Court Judge

**PLAINTIFF'S
NOTICE OF APPEAL
TO THE SIXTH CIRCUIT**

---

Daniel William Rudd, Plaintiff, Pro Se
201 S. Lake Ave.
Spring Lake, MI 49456
(231) 557-2532, daniel@stock20.com

Sarah R. Robbins (P81944)
Rock Wood (P41181)
Attorneys for Defendant F/Lt. Chris McIntire
MI. DEPT. OF ATTORNEY GENERAL
State Operations Division
P.O. Box 30736, Lansing, MI 48909
(517) 373-6434,
Woodr5@michigan.gov,
RobbinsS@michigan.gov

Steven D. Schultz (P63177)
TANIS SCHULTZ PLLC
Attorney for Defendant Melissa L. Meyers
Tanis Schultz 85 Campau Ave NW
Suite R305
Grand Rapids, MI 49503
(616) 608-7149
sschultz@tanisshultz.com

Robert A. Callahan (P47600)
Michael S. Bogren (P34835)
PLUNKETT COONEY, P.C.
Attorneys for Defendants: Gary Nelund, Daniel Shaw, Aubrey Jon Gale, Mark Meyers, Matthew Rhyndress, Michael Wassilewski, City of Norton Shores, Douglas Hughes & WILLIAMS HUGHES, PLLC
950 Trade Centre Way, Ste. 310
Kalamazoo, MI 49002, (269) 226-8822
mbogren@plunkettcooney.com
rcallahan@plunkettcooney.com

Michelle M. McLean (P71393)
BOLHOUSE, HOFSTEE & MCLEAN PC
Attorneys for Defendants: Richard Bolhouse, Michelle McLean, Joel Baar, & BOLHOUSE, BAAR & HOFSTEE, PC
Grandville State Bank Bldg.
3996 Chicago Dr. SW,
Grandville, MI 49418
(616) 531-7711
michellem@bolhouselaw.com

## PLAINTIFF'S NOTICE OF APPEAL
## TO THE U.S. COURT OF APPEALS FOR THE SIXTH CIRCUIT

The undersigned Pro se Plaintiff, Daniel William Rudd, hereby gives notice of taking an appeal from the **1/8/2019 JUDGEMENT (ECF No. 94)** and **1/8/2019 OPINION AND ORDER (ECF No. 95)**, which granted Defendants' motions for judgment on the pleadings (ECF Nos. 53, 58, & 60); denied Plaintiff's motions for sanctions (ECF Nos. 77 & 89) and closed the case.

Plaintiff also seeks appellate review of the **2/20/2019 ORDER (ECF No. 102)** which denied Plaintiff's request for an order granting Plaintiff twenty-one days to complete his proposed *First Amended Complaint* for the court's review under Rule 15 and Rule 59(e); AND the **8/8/2018 OPINION & ORDER (ECF Nos. 50-51)** dismissing Defendant McIntire from the lawsuit and dismissing various claims against other Defendants (which was not appealable by right at the time of entry).

Respectfully submitted on 3/6/2019,

    /s/ Daniel William Rudd
Daniel William Rudd, Plaintiff (Pro Se)
201 S Lake Ave.  Spring Lake, MI 49456
231.557.2532  daniel@stock20.com

---

### CERTIFICATE OF ELECTRONIC SERVICE

The undersigned certifies that on March 6, 2019, a true and correct copy of the forgoing document, and this Certificate of Service were filed via the Court's electronic filing system, which will serve the same upon all counsel of record below:

Lisa A. Hall: daustin@plunkettcooney.com, lhall@plunkettcooney.com, dstanard@plunkettcooney.com
Robert A. Callahan: rcallahan@plunkettcooney.com, coostema@plunkettcooney.com
Steven Daniel Schultz: sschultz@tanisschultz.com, admin@tanisschultz.com
Sarah Rose Robbins: marshm3@michigan.gov, robbinss@michigan.gov, ballingerb1@michigan.gov
Michael S. Bogren:  daustin@plunkettcooney.com, mbogren@plunkettcooney.com
Jake Wolford Lombardo: rachelk@bolhouselaw.com, jakel@bolhouselaw.com
Rock A. Wood: ag_peet@michigan.gov
Michelle Marie McLean: sallyr@bolhouselaw.com, michellem@bolhouselaw.com, mmlflash@yahoo.com

    /s/ Daniel William Rudd
Daniel William Rudd, Plaintiff (Pro Se)