**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 08, 2019

Mr. Daniel William Rudd
201 S. Lake Avenue
Spring Lake, MI 49456

          Re:    Case No. 19-1226, *Daniel Rudd v. City of Norton Shores, et al*
                Originating Case No. : 1:18-cv-00124

Dear Mr. Rudd:

   This appeal has been docketed as case number **19-1226** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's Office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's Office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's Office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's Office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following forms are due by **March 22, 2019**.

                         Appearance of Counsel
         Appellee:    Disclosure of Corporate Affiliation
                         Application for Admission to 6th Circuit Bar (if applicable)

   The Clerk's Office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

                                          Sincerely yours,

                                          s/Karen S. Fultz for Antoinette Macon
                                          Case Manager
                                          Direct Dial No. 513-564-7015

cc:  Ms. Lisa A. Hall
      Mr. Jake W. Lombardo
      Mr. Rock A. Wood

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 19-1226

DANIEL WILLIAM RUDD

    Plaintiff - Appellant

v.

CITY OF NORTON SHORES; GARY NELUND, Mayor, individually and in his official capacity; DANIEL SHAW, Police Chief, individually and in his official capacity; MATTHEW RHYNDRESS, Sergeant, individually and in his official capacity; MICHAEL WASSILEWSKI, Officer, individually and in his official capacity; MARK MEYERS, individually and as city manager; CHRIS MCINTIRE, F/Lt.; Michigan State Police, in his individual capacity only; DOUGLAS MARK HUGHES, Attorney, individually and acting on behalf of his law firm; WILLIAM HUGHES, PLLC, A Michigan law firm; MELISSA MEYERS, Attorney, individually and acting on behalf of her law firm; MICHELLE MCLEAN, Attorney, individually and acting on behalf of her law firm; JOEL W. BAAR, Attorney; individually and acting on behalf of his law firm; BOLHOUSE, BAAR & HOFSTEE, PC, a Michigan law firm; JON GALE, Norton Shores Police Chief

    Defendants - Appellees