UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DANIEL WILLIAM RUDD,

      Plaintiff,

v.

THE CITY OF NORTON SHORES, et al,

      Defendants.

Case No. 1:18-cv-124
**Proof of Service**

Hon. Gordon J. Quist
U.S. District Court Judge

Hon. Ray Kent
U.S. Magistrate Judge

---

Daniel W. Rudd
Plaintiff, (Pro Se)
201 S. Lake Ave
Spring Lake, Michigan  49456
(231) 557-2532
daniel@stock20.com

Michelle M. McLean (P71393)
Richard L. Bolhouse (P29357)
BOLHOUSE, HOFSTEE & McLEAN PC
Attorneys for Defendants, Joel Baar,
Michelle M. Mclean, &
Bolhouse, Hofstee & Mclean PC,
3996 Chicago Drive, SW
Grandville, Michigan  49418 (616) 531-7711
michellem@bolhouselaw.com

Melissa L. Meyers (P59559)
Defendant, Pro Se
2050 LeTart Ave
Muskegon, Michigan  49441
(231) 557-7354
MelissaLmeyers1971@gmail.com

Michael S. Bogren (P34835)
Lisa A. Hall (P70200)
PLUNKETT COONEY
Attorneys for Defendants
City of Norton Shores, Jon Gale, Daniel Shaw,
Matthew Rhyndress, Michael Wassilewski,
Mark Meyers, Douglas Hughes & William
Hughes PLC
9333 Bridge St., NW, Suite 530,
Grand Rapids, Michigan 49504
(269) 226-8822
mbogren@plunkettcooney.com
lhall@plunkettcooney.com

Andrew J. Jurgensen (P81123)
Elizabeth Watza (P81129)
Attorneys for Def. Chris McIntire
Michigan Dep't of Attorney General State
Operations Division P.O. Box 30754
Lansing, MI 48909 (517) 335-7573
jurgensena2@michigan.gov
watzaE@michigan.gov

## PROOF OF SERVICE

The undersigned certifies that the documents listed below were delivered to counsel for each Defendant by email attachments.  The documents were sent to counsel of record at the email addresses listed in the caption.

| |
|---|
| Notice of Taking Deposition of Defendant Jon Gale |
| Written Discovery Requests to Defendant Jon Gale |
| Written Discovery Requests to Defendant Douglas Hughes |
| Written Discovery Requests to Defendant Mark Meyers |
| Written Discovery Requests to Defendant Matthew Rhyndress |
| Written Discovery Requests to Defendant Michael Wassilewski |
| Notice of Taking Deposition of Defendant Jon Gale |
| Written Discovery Requests to Defendant Chris McIntire |

*The discovery requests to the Norton Shores Defendants were also personally served at counsel's Grand Rapids office.  See Declaration attached as  Exhibit A.

The undersigned further certifies that all of the documents listed above (32 pages in total) were also mailed to pro se Defendant Melissa Meyers at 2050 LeTart Ave Muskegon, Michigan  49441 [USPS Tracking No. 9400103699300008451343].

     /s/ Daniel William Rudd                           1/21/2021

Daniel William Rudd (Plaintiff, Pro Se)
201 S LAKE AVE, SPRING LAKE, MI 49456
(231) 557-2532,  daniel@stock20.com