UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,

      Plaintiff,

v.

CITY OF NORTON SHORES, et al.,

      Defendants.
      _____/

Case No.  1:18-cv-124

Hon. Gordon J. Quist
U.S. District Court Judge
Hon.  Ray Kent
Magistrate Judge

## CERTIFICATE OF MAILING

Plaintiff's Rule 26(a)(1) Disclosures

The undersigned certifies that he placed copies of his Rule 26(a)(1) disclosures to each of the recipients listed below, for delivery by prepaid U.S. Mail (First Class), at approximately 4:45 p.m. on January 28, 2021.

| | |
|---|---|
| Michelle M. McLean<br>For the Bolhouse Defendants<br>At: 3996 Chicago Drive, SW<br>Grandville, Michigan  49418 | Drew Jurgensen & Elizabeth Watza<br>for Def. Chris McIntire<br>At: Mich. Dep't of Attorney General<br>P.O. Box 30754, Lansing, MI 48909 |
| Melissa L Meyers (Pro Se Def.)<br>At: 2050 LeTart Ave<br>Muskegon, Michigan 49441 | Michael S. Bogren & Lisa A. Hall<br>For the Norton Shores Defendants<br>At: Plunkett Cooney<br>333 Bridge St NW UNIT 530,<br>Grand Rapids, MI 49504 |

/s/ Daniel W. Rudd          1/28/2021
Daniel W. Rudd, Plaintiff (Pro Se)
201 S LAKE AVE, SPRING LAKE, MI 49456
daniel@stock20.com  (231) 557-2532