**EXHIBIT R**

Approved, SCAO

Original - Court
1st copy - for LEIN entry

2nd copy -
3rd copy -
OSM copy

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>14th JUDICIAL CIRCUIT<br>Muskegon COUNTY PROBATE | REMOVAL OF ENTRY FROM LEIN | CASE NO.<br>13-257503 PH<br>Meyers v. Rudd |

ORI MI-

Court address: 990 Terrace Street, Muskegon MI 49442

Court telephone no.: (231) 724-6530

| Effective date of order | Expiration date of order | Agency file no. |
|---|---|---|
| 07/22/2013 | 02/01/2014 | NSPD: 2013-04915 |

TO: Law enforcement agency and address

Norton Shores Police Department
4814 Henry Street
Norton Shores, MI 49441

Phone: 231-733-2691  Fax: 231-798-1968

Defendant/Juvenile/Respondent name, address, and telephone no.

Daniel William Rudd
201 S LAKE AVE
SPRING LAKE, MI 49456
(231) 557-2532

Date of birth: 12/18/2015

**IT IS ORDERED:**

1. The conditions requiring LEIN entry in this case or matter no longer exist.

2. The record of this entry shall be removed immediately from Law Enforcement Information Network (LEIN) files.

Date: 2-4-16

Judge/District court magistrate: Gregory Pittman

Bar no.: P44791

**To the law enforcement agency:**

Immediately after receiving this form, remove entry in this case or matter from Law Enforcement Information Network (LEIN) files, complete the certification, and return the 2nd copy to the court.

**CERTIFICATION OF REMOVAL**

I certify that the LEIN entry in this case or matter has been removed from LEIN files.

Date: _____

Signature of law enforcement representative: _____

MC 239  (3/06)  REMOVAL OF ENTRY FROM LEIN

MCL 764.15b, MCL 765.6b